**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Holdings LLC, | Case No. 18-12772 (_) |
| Debtor. | |
| In re: | Chapter 11 |
| interTouch Topco LLC, | Case No. 18-12773 (_) |
| Debtor. | |

**COMBINED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(A)(1), 1007(A)(3) AND 7007.1**

Pursuant to Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the debtors and debtors-in-possession (collectively, the "Debtors") respectfully represent and set forth as follows:

1.      Non-Debtor ST Holdings LLC, a Florida limited liability company, owns 100% of the equity interests in Debtor interTouch Topco LLC, a Delaware limited liability company.

2.      Debtor interTouch Topco LLC, a Delaware limited liability company, owns 100% of the equity interests in Debtor interTouch Holdings LLC, a Delaware limited liability company.

Dated: December 10, 2018
         Wilmington, Delaware                    KLEIN LLC

                                                 */s/ Julia B. Klein*
                                                 Julia B. Klein (Bar No. 5198)
                                                 919 North Market Street

-2-

Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Counsel for interTouch Holdings LLC and
interTouch Topco LLC*