**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTERTOUCH TOPCO LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12773 (BLS)<br><br>**Re: Docket No. \_\_\_\_** |

**ORDER GRANTING GATE WORLDWIDE HOLDINGS LLC
RELIEF FROM THE AUTOMATIC STAY PURSUANT TO
SECTIONS 362(d) AND (f) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion") [1] of Gate Worldwide Holdings LLC seeking entry of an order pursuant to sections 105, 362(d) and (f) of title 11 of the United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code") granting relief from the stay with respect to its collateral securing the membership interest in interTouch Holdings LLC ("interTouch"), as set forth more fully in the Motion, and all pleadings and evidence related thereto; and the Court having jurisdiction over the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Topco's estate, its creditor(s), and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that Gate Worldwide Holdings LLC is granted relief from the automatic stay to exercise its state-law rights and remedies against its collateral, including without limitation, the

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

right to purchase and acquire interTouch Topco LLC's 100% interest and ownership in interTouch Holdings LLC, and to continue and complete the sale confirmation process in the Supreme Court for the State of New York, and to permit the Supreme Court for the State of New York to enter all necessary orders with the respect to the collateral; and it is further

ORDERED that the fourteen-day stay under Bankruptcy Rule 4001(a)(3) is waived; and it is further

ORDERED that notwithstanding any possible application of Bankruptcy Rules 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge