**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTERTOUCH HOLDINGS LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12772 (BLS) |
| In re:<br><br>INTERTOUCH TOPCO LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12773 (BLS) |

**AFFIDAVIT OF JOSEPH L. CLASEN
IN SUPPORT OF GWH'S EMERGENCY MOTIONS FOR (I) ENTRY OF AN ORDER
DISMISSING DEBTORS' BANKRUPTCY CASES PURSUANT TO SECTIONS 1112(b)
AND/OR 305(a) OF THE BANKRUPTCY CODE AND (II) ENTRY OF AN ORDER
GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION
365(d) OF THE BANKRUPTCY CODE**

STATE OF NEW YORK     )
                      )   ss.:
COUNTY OF NEW YORK    )

JOSEPH L. CLASEN, being duly sworn, deposes and states as follows:

1. I am a Partner at the law firm of Robinson & Cole LLP, counsel for Gate Worldwide Holdings LLC ("GWH") in an action entitled *Gate Worldwide Holdings LLC v. interTouch Holdings LLC, et al.,* Index No. 650026/2018, filed in the Supreme Court of the State of New York, County of New York (the "New York Action").

2. This affidavit is submitted in support of GWH's Emergency Motions for (I) Entry of an Order Dismissing Debtors' Bankruptcy Cases Pursuant to Sections 1112(b) and/or 305(a) of the Bankruptcy Code and (II) Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 365(d) of the Bankruptcy Code.

1

3. A true and accurate copy of the Complaint, and exhibits attached thereto, filed by GWH in the New York Action are attached as Exhibit 1. The New York Complaint was filed in the New York Action at Docket Entry No. 1 and the Exhibits A through L were filed at Docket Entry Nos. 2 through 13, respectively.

4. A true and accurate copy of GWH's Notice of Motion for Summary Judgment, filed in the New York Action against the Debtors and other defendants is attached as Exhibit 2. The Notice of Motion for Summary Judgment was filed in the New York Action at Docket Entry No. 20.

5. A true and accurate copy of the transcript of the June 20, 2018 hearing in New York Action is attached hereto as Exhibit 3.

6. A true and accurate copy of the Judgment Order, granting summary judgment in favor of GWH in the amount of $49,658,725.62 is attached hereto as Exhibit 4. The Judgement Order was filed in the New York Action at Docket Entry No. 91.

7. A true and accurate copy of the Stipulation and Order for the Public Sale of Subject Collateral, signed by counsel for all parties and Judge Ostrager and entered in the New York Action on August 27, 2018, is attached hereto as Exhibit 5. The Stipulation and Order was entered in the New York Action at Docket Entry No. 123.

8. A true and accurate copy of the Court Notice selecting Traxi LLC as the broker for the public sale of interTouch, entered on the docket on September 12, 2018, is attached hereto as Exhibit 6. The Court Notice was entered in the New York Action at Docket Entry No. 124.

9. A true and accurate copy of the Notice of Motion to Confirm the Sale of interTouch Holdings LLC, filed on October 30, 2018, is attached hereto as Exhibit 7. The Notice of Motion to Confirm the Sale was filed in the New York Action at Docket Entry No. 134.

10. A true and accurate copy of an Affidavit of Anthony Pacchia, the Chief Executive Officer of Traxi, LLC, is attached hereto as Exhibit 8. The Pacchia Affidavit was filed in the New York Action at Docket Entry No. 144.

11. A true and accurate copy of the Defendants' Opposition to the Motion to Confirm the Sale of interTouch Holdings LLC, filed on November 13, 2018, is attached hereto as Exhibit 9. The Opposition to the Motion to Confirm the Sale was filed in the New York Action at Docket Entry No. 150.

12. A true and accurate copy of the transcript from the December 7, 2018 hearing in the New York Action is attached hereto as Exhibit 10.

13. A true and accurate copy of email communications between GWH's counsel and the New York Court on Saturday, December 8, 2018 is attached hereto as Exhibit 11.

14. A true and accurate copy of the Notices of Bankruptcy filed by the Debtors is attached hereto as Exhibit 12.

15. A true and accurate copy of the Decision and Order on Motion to Confirm the Sale of interTouch Holdings LLC, filed on December 10, 2018, is attached hereto as Exhibit 13. The Decision and Order on Motion to Confirm the Sale was entered in the New York Action at Docket Entry No. 166.

Dated: New York, New York
       December 13, 2018

                                              Joseph L. Clasen

Subscribed and sworn
to before me on this
13th day of December, 2018

_____
Notary Public

My Commission Expires:      Brenda Fishman
                                  Notary Public, State of New York
                                  No. 01FI6042451
                                Qualified in Queens County
                           My Commission Expires 05-30-2022

4