# EXHIBIT 2

FILED: NEW YORK COUNTY CLERK 03/12/2018 07:21 PM
NYSCEF DOC. NO. 20

INDEX NO. 650026/2018
RECEIVED NYSCEF: 03/13/2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------------------------------- x
                                                            :
GATE WORLDWIDE HOLDINGS LLC                                  :
                                                            :   Index No. 650026/2018
                              Plaintiff,                     :
                                                            :   **PLAINTIFF'S NOTICE OF**
             -against-                                       :   **MOTION FOR SUMMARY**
                                                            :   **JUDGMENT**
INTERTOUCH HOLDINGS LLC;                                     :
ST HOLDINGS LLC; INTERTOUCH TOPCO LLC;                       :
AND NOMADIX, INC.                                            :
                                                            :
                              Defendants.                    :
                                                            :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE,** that upon the annexed Affidavit of Edward L. Helvey,

sworn to the 10th day of March, 2018, the exhibits annexed thereto; upon the affirmation of

Joseph L. Clasen, signed on the 12th day of March, 2018; the accompanying Memorandum of

Law in Support of the Motion for Summary Judgment, dated March 12, 2018; and all other

papers and proceedings had herein, the Plaintiff, Gate Worldwide Holdings LLC ("Plaintiff"),

will move this Court, at the Motion Submission Part, located at 60 Centre Street, Room 130,

New York, NY 10007, on the 2nd day of April, 2018 at 9:30 a.m., or soon thereafter as counsel

can be heard, for an Order pursuant to CPLR 3212: (1) granting judgment, as a matter of law, on

all counts of Plaintiff's Complaint, dated January 3, 2018, (2) dismissing, with prejudice, all

Counterclaims submitted by Defendants/Counterclaim Plaintiffs, interTouch Holdings LLC

("interTouch"), ST Holdings LLC ("ST"), interTouch Topco LLC ("Topco"), and Nomadix, Inc.

("Nomadix" and collectively with interTouch, ST, and Topco, "Defendants"), dated February 22,

2018, (3) and for such other and further relief as to the Court may deem just and proper.

17751536-v1

**PLEASE TAKE FURTHER NOTICE**, pursuant to CPLR 2214(b), answering papers,

if any, must be served no later than seven (7) days before the return date of this motion.

Dated: New York, New York
March 12, 2018

> PLAINTIFF,
> GATE WORLDWIDE HOLDINGS LLC
>
> By ____ /s/ *Joseph L. Clasen* ____
>     Joseph L. Clasen
>     Ian T. Clarke-Fisher
>     Trevor L. Bradley
>     Robinson & Cole LLP
>     666 Third Avenue
>     New York, New York 10017
>     Phone: (212) 451-2900
>     E-mail: jclasen@rc.com
>     E-mail: iclarke-fisher@rc.com
>     E-mail: tbradley@rc.com
>     Its Attorneys

TO:

Craig S. Kesch
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006

Caroline Harris Crowne
Tonkon Torp LLP
1600 Pioneer Tower, 888 SW Fifth Avenue
Portland, OR 97204

*Counsel for Defendants*

2