# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> INTERTOUCH HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12772 (BLS) |
| In re: <br><br> INTERTOUCH TOPCO LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12773 (BLS) |

**ORDER SHORTENING NOTICE PERIODS FOR AND SCHEDULING EVIDENTIARY HEARING ON GATE WORLDWIDE HOLDINGS LLC'S EMERGENCY MOTIONS (I) FOR ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURUANT TO SECTIONS 362(d) OF THE BANKRUPTCY CODE AND (II) FOR ENTRY OF AN ORDER DISMISSING THE DEBTOR'S CHAPTER 11 CASE PURSUANT TO SECTIONS 1112(b) AND/OR 305(a) OF THE BANKRUPTCY CODE**

Upon consideration of the motion (the "Motion to Shorten")[1] of Gate Worldwide Holdings LLC ("GWH") seeking entry of an order pursuant to sections 105 and 362(f) of title 11 of the United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code"), Rule 9006(c) of the Bankruptcy Rules and Local Rules 2002-1(a)(ii) and 9006-1(e), for entry of an order shortening the notice periods for the Motions and scheduling a hearing on the Motions so that the Motions may be heard by the Court on December 19, 2018 at whatever time the Court may have availability, and requiring the objections to the relief requested in the Motions be filed and served on counsel to Gate Worldwide Holdings LLC by 4:00 p.m. on the date that is two business days from the date of the scheduled hearing; and the Court having determined that granting the relief requested by the Motion to Shorten is in the best interest of the Debtors, their estates, creditor(s),

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion to Shorten.

2

and all parties-in-interest; and the Court having determined that due and adequate notice of the Motion to Shorten and the Motions has been given, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Motion to Shorten is GRANTED; and it is further

ORDERED that a hearing to consider the relief requested in the Motions shall be held on December ___, 2018 at _____ _.m. (ET); and it is further

ORDERED that any responses to the Motions must be filed with the Court and served on counsel to Gate Worldwide Holding LLC on or prior to 4:00 p.m. (ET) on December ___, 2018; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2018
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge