**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>interTouch Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12772 (BLS) |
| In re:<br><br>interTouch Topco LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12773 (BLS)<br><br>Joint Administration Requested |

**NOTICE OF HEARING ON DECEMBRER 20, 2018 AT 9:30 A.M. (ET)**

PLEASE TAKE NOTICE THAT, at the direction of the Court, a hearing will be held in the above-captioned cases on **December 20, 2018 at 9:30 a.m. (ET)** (the "Hearing") at 824 N. Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801. The Honorable Brendan Shannon will preside over the Hearing.

PLEASE TAKE FURTHER NOTICE THAT parties wishing to participate in the Hearing telephonically should contact CourtCall at 866-582-6878 to arrange an appearance.

Dated: December 14, 2018
       Wilmington, Delaware                        KLEIN LLC

                                                       */s/ Julia B. Klein*
                                                       Julia B. Klein (Bar No. 5198)
                                                       919 North Market Street
                                                       Suite 600
                                                       Wilmington, Delaware 19801
                                                       Phone: (302) 438-0456
                                                       Fax: (302) 300-1733

                                                       *Proposed Counsel for the Debtors*
                                                       *and Debtors-in-Possession*