UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> interTouch Holdings LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12772 (BLS) |
| In re: <br><br> interTouch Topco LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12773 (BLS) |

**AFFIDAVIT OF SERVICE**

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On December 13, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

- ***Declaration of Seale A. Moorer, Jr. in Support of Chapter 11 Petitions***

x _____
**Gene Matthews**

Dated: December 17, 2018

State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 17th day of December, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x _____

[Notary seal: JACQUELINE LATELY, MY COMMISSION EXPIRES August 23, 2019, NOTARY PUBLIC, STATE OF DELAWARE]

# EXHIBIT A

| | |
|---|---|
| **Buchhalter**<br>A Professional Corporation<br>Attn Jefferey Ekbom<br>16435 N Scottsdale Road<br>Suite 440<br>Scottsdale AZ 85254 | **Gate Worldwide Holdings LLC**<br>c/o Robinson & Cole LLP<br>Attn: Joseph L Clasen<br>666 Third Ave<br>New York NY 10017 |
| **CMS Cameron McKenna Nabarro Olswang LLP**<br>Attn Helen Johnson<br>Cannon Place<br>78 Cannon Street<br>London EC4N 6AF<br>United Kingdom | **Internal Revenue Service**<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 |
| **CMS Derks Star Busmann NV**<br>Attn Eduard Sxheenstra<br>Atrium-Parnassusweg 737<br>1077 DG Amsterdam<br>Netherlands | **interTouch (USA) Inc**<br>30851 Augoura Hills Road<br>Suite 102<br>Augoura Hills CA 91301 |
| **Corporation Service Company**<br>Attn Morgan Dalley<br>251 Little Falls Drive<br>Wilmington DE 19808 | **interTouch Pte Ltd**<br>Attn Toni Weber<br>30A Kallang Place #12-06<br>Singapore 339203 |
| **Delaware State Treasury**<br>820 Silver Lake Blvd., Suite 100<br>Dover, DE 19904 | **Landis Rath & Cobb LLP**<br>Attn Richard Cobb<br>919 Market Street Suite 1800<br>Wilmington DE 19801 |
| **Fenwick & west LLP**<br>Attn David Forst<br>801 California Street<br>Mountain View C 94041 | **Morris Nichols Arsht & Tunnel LLP**<br>Attn Patricia Vella<br>1201 N Market Street<br>Wilmington DE 19801 |
| **Ganger Shore Leeds & Zauderer LLP**<br>360 Lexington Avenue<br>New York NY 10017 | **Nomadix, Inc**<br>30851 Augoura Hills Road<br>Suite 102<br>Augoura Hills CA 91301 |

**Rajah & Tann Singapore LLP**
Attn Nigel Pereira
9 Battery Road #25-01
Singapore 049910

**Tonkton Torp LLP**
Attn Mark LeRoux
888 SW 5th Avenue Ste 1600
Portland OR 97204

**Secretary of State**
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**Weil, Gotshal & Manges LLP**
Attn Gary Holtzer
767 Fifth Avenue
New York NY 10153

**Securities & Exchange Commission**
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Office of the United States Trustee
Attn: Jaclyn Weissgerber, Esq
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Securities & Exchange Commission**
100 F Street, NE
Washington, DC 20549

**St Holdings LLC**
450 Olde Worthington Road
Suite 350
Westerville OH 43082

**Sklar Williams PLLC Law Offices**
Attn Bryan M Williams
410 South Rampart Blvd
Suite 350
Las Vegas NV 89145