# United States Bankruptcy Court
## District of Delaware



JUDGE BRENDAN LINEHAN SHANNON

824 N. MARKET STREET
WILMINGTON, DE 19801
(302) 252-2915

December 17, 2018

Julia Bettina Klein, Esquire
Klein LLC
919 N. Market Street - Suite 600
Wilmington, DE 19801

Lucian B. Murley, Esquire
Saul Ewing Arnstein & Lehr LLP
1201 N. Market Street, suite 2300
P.O. Box 1266
Wilmington, DE 19899

Re:   In re: interTouch Holdings LLC
      Case No.  18-12773 (BLS)

Dear Counsel:

    I write in connection with the Motion to Shorten on Gate Worldwide's Motion to Dismiss these Chapter 11 cases.  The Court has scheduled a hearing to consider first day motions on Thursday, December 20, 2018 at 9:30 a.m.  We will use that hearing time for a status and scheduling conference on the Motion to Dismiss.  For the avoidance of doubt, the Motion to Dismiss will not go forward on the merits on Thursday.

Very truly yours,

Brendan Linehan Shannon
United States Bankruptcy Judge

BLS/jmw