## Exhibit A

| Name of Bank | Account Type | Last Four Digits of Account Number |
|---|---|---|
| J.P. Morgan Chase Bank, N.A. | Business Checking | 5029 |