# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Holdings LLC,<br>           Debtor. | Case No. 18-12772 (BLS) |
| In re: | Chapter 11 |
| interTouch Topco LLC,<br>           Debtor. | Case No. 18-12773 (BLS)<br><br>Joint Administration Requested |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 20, 2018 AT 9:30 A.M. (ET)[1]

**I.   FIRST DAY MATTERS GOING FORWARD:**

    1.   Debtors' Motion for Joint Administration [D.I. 7;[2] filed 12/14/18].

        Objection/Response Deadline:   At the hearing.

        Objections/Responses Received:   None.

        Related Documents:

        A.   Chapter 11 Voluntary Petition [D.I. 1; filed 12/10/18].

        B.   Declaration by Seale A. Moorer in Support of Chapter 11 Petitions [D.I. 6; filed 12/13/18].

        C.   Notice of Hearing [D.I. 13; filed 12/14/18].

        Status: The hearing on this matter will go forward.

---

[1] The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801. Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register their telephonic appearance in accordance with the Instructions for Telephonic Appearance Effective January 5, 2005, Revised April 27, 2009.

[2] Docket references are to the docket in case number 18-12773 (BLS). Docket numbers may differ slightly from those in case number 18-12772 (BLS). The referenced documents filed are identical in both cases.

2.     Motion by Debtors for Order Pursuant to Sections 105(a), 363(c)(1), and 1108 of the Bankruptcy Code (A) Authorizing (I) Continued Maintenance of Existing Bank Account; (II) Continued Use of Existing Business Forms; and (III) the Opening and Closing of Bank Accounts and (B) Waiving Certain U.S. Trustee Guidelines [D.I. 19; filed 12/17/18].

        Objection/Response Deadline:    At the hearing.

        Objections/Responses Received:    None.

        Related Documents:

        A.    Chapter 11 Voluntary Petition [D.I. 1; filed 12/10/18].

        B.    Declaration by Seale A. Moorer in Support of Chapter 11 Petitions [D.I. 6; filed 12/13/18].

        C.    Debtors' Motion for Joint Administration [D.I. 7; filed 12/14/18].

        D.    Notice of Hearing [D.I. 13; filed 12/14/18].

        Status: The hearing on this matter will go forward on an interim basis.

3.     Motion to Dismiss Case by Gate Worldwide Holdings LLC [D.I. 4; filed 12/13/18].

        Objection/Response Deadline:    December 27, 2018, unless otherwise ordered by the Court.

        Objections/Responses Received:    None.

        Related Documents:

        4.    Motion for Relief from Stay [D.I. 5; filed 12/13/18].

        5.    Affidavit of Joseph L. Clasen in Support of Gate Worldwide Holdings LLC's Emergency Motions for (I) Entry of an Order Dismissing Debtors' Bankruptcy Cases Pursuant to Sections 1112(b) and/or 305(a) of the Bankruptcy Code and (II) Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 365(d) of the Bankruptcy Code [D.I. 8; filed 12/13/18].

        6.    Motion to Shorten Notice Periods for and Scheduling Expedited Hearing on Gate Worldwide Holdings LLC's (I) Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to § 1112(b) of the Bankruptcy Code and/or to Abstain Pursuant to § 305(a) of the Bankruptcy Code and (II) Emergency Motion for Entry of an Order Granting Relief from the

Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code [D.I. 9; filed 12/13/18].

7. Objection to Motion for Expedited Consideration [D.I. 15; filed 12/14/18].

8. Letter from Court Setting Status Conference Regarding Gate Worldwide Holdings LLC's Motion to Dismiss [D.I. 18; filed 12/17/18].

<u>Status</u>: Pursuant to the Court's December 12, 2018 order, the Court will hold a status conference on this matter.

Dated: December 17, 2018
Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Proposed Counsel for the Debtors and Debtors in Possession*