**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> INTERTOUCH HOLDINGS LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12772 (BLS) |
| In re: <br><br> INTERTOUCH TOPCO LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-12773 (BLS) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification blow, counsel moves the admission *pro hac vice* of Joseph L. Clasen, Esq. of Robinson & Cole LLP, to represent creditor, Gate Worldwide Holdings LLC in these actions.

Dated:  December 14, 2018          */s/ Lucian B. Murley*
                                                      Lucian B. Murley (DE Bar No. 4892)
                                                      **SAUL EWING ARNSTEIN & LEHR LLP**
                                                      1201 N. Market Street, Suite 2300
                                                      P.O. Box 1266
                                                      Wilmington, DE 19899-1266
                                                      (302) 421-6898

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bars of the State of New York and Connecticut.  I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee $25.00 has been paid to the Clerk of Court for District Court.

                                                      */s/ Joseph L. Clasen*
                                                      Joseph L. Clasen
                                                      **ROBINSON & COLE LLP**
                                                      666 Third Avenue
                                                      New York, NY 10017
                                                      (212) 451-2900
                                                      jclasen@rc.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 18th, 2018**
**Wilmington, Delaware**

                                                      **BRENDAN L. SHANNON**
                                                      **UNITED STATES BANKRUPTCY JUDGE**