**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTERTOUCH HOLDINGS LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-12772 (BLS) |
| In re:<br><br>INTERTOUCH TOPCO LLC,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 18-12773 (BLS) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　　Pursuant to Local Rule 9010-1 and the certification blow, counsel moves the admission *pro hac vice* of Ian T. Clarke-Fisher, Esq. of Robinson & Cole LLP, to represent creditor, Gate Worldwide Holdings LLC in these actions.

Dated:  December 14, 2018　　　　　　*/s/ Lucian B. Murley*
　　　　　　　　　　　　　　　　　　Lucian B. Murley (DE Bar No. 4892)
　　　　　　　　　　　　　　　　　　**SAUL EWING ARNSTEIN & LEHR LLP**
　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　P.O. Box 1266
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1266
　　　　　　　　　　　　　　　　　　(302) 421-6898

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

　　　Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bars of the State of New York and Connecticut and the Commonwealth of Massachusetts.  I submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and the Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee $25.00 has been paid to the Clerk of Court for District Court.

　　　　　　　　　　　　　　　　　　*/s/ Ian T. Clarke-Fisher*
　　　　　　　　　　　　　　　　　　Ian T. Clarke-Fisher
　　　　　　　　　　　　　　　　　　**ROBINSON & COLE LLP**
　　　　　　　　　　　　　　　　　　666 Third Avenue
　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　(212) 451-2900
　　　　　　　　　　　　　　　　　　Iclarke-fisher@rc.com

**ORDER GRANTING MOTION**

　　　IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: December 18th, 2018**　　　　　　　　　　**BRENDAN L. SHANNON**
**Wilmington, Delaware**　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**