UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>interTouch Holdings LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12772 (BLS) |
| In re:<br><br>interTouch Topco LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-12773 (BLS) |

**AFFIDAVIT OF SERVICE**

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On December 17, 2018, at my direction and under my supervision, employees of Reliable caused to be served the following documents by first class mail on the service list attached hereto as Exhibit A:

**Debtors' Objection To Gate Worldwide Holdings Llc's Motion Requesting An Order Shortening Notice Periods For And Scheduling Expedited Hearing On Gate Worldwide Holdings Llc's (I) Emergency Motion To Dismiss The Debtors' Chapter 11 Cases Pursuant To § 1112(B) Of The Bankruptcy Code And/Or To Abstain Pursuant To § 305(A) Of The Bankruptcy Code And (Ii) Emergency Motion For Entry Of An Order Granting Relief From The Automatic Stay Pursuant To Sections 362(D) And (F) Of The Bankruptcy Code**

x /s/ Gene Matthews
Gene Matthews

Dated: December 19, 2018
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 19th day of December, 2018, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

x /s/ Jacqueline Latchum

[Notary Seal: Jacqueline Latchum, My Commission Expires August 23, 2019, Notary Public, State of Delaware]

# EXHIBIT A

**Buchhalter**
A Professional Corporation
Attn Jefferey Ekbom
16435 N Scottsdale Road
Suite 440
Scottsdale AZ 85254

**CMS Cameron McKenna Nabarro Olswang LLP**
Attn Helen Johnson
Cannon Place
78 Cannon Street
London EC4N 6AF
United Kingdom

**CMS Derks Star Busmann NV**
Attn Eduard Sxheenstra
Atrium-Parnassusweg 737
1077 DG Amsterdam
Netherlands

**Corporation Service Company**
Attn Morgan Dalley
251 Little Falls Drive
Wilmington DE 19808

**Delaware State Treasury**
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**Fenwick & west LLP**
Attn David Forst
801 California Street
Mountain View C 94041

**Ganger Shore Leeds & Zauderer LLP**
360 Lexington Avenue
New York NY 10017

**Gate Worldwide Holdings LLC**
c/o Robinson & Cole LLP
Attn: Joseph L Clasen
666 Third Ave
New York NY 10017

**Internal Revenue Service**
P. O. Box 7346
Philadelphia, PA 19101-7346

**interTouch (USA) Inc**
30851 Augoura Hills Road
Suite 102
Augoura Hills CA 91301

**interTouch Pte Ltd**
Attn Toni Weber
30A Kallang Place #12-06
Singapore 339203

**Landis Rath & Cobb LLP**
Attn Richard Cobb
919 Market Street Suite 1800
Wilmington DE 19801

**Morris Nichols Arsht & Tunnel LLP**
Attn Patricia Vella
1201 N Market Street
Wilmington DE 19801

**Nomadix, Inc**
30851 Augoura Hills Road
Suite 102
Augoura Hills CA 91301

**Rajah & Tann Singapore LLP**
Attn Nigel Pereira
9 Battery Road #25-01
Singapore 049910

**Tonkton Torp LLP**
Attn Mark LeRoux
888 SW 5th Avenue Ste 1600
Portland OR 97204

**Secretary of State**
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**Weil, Gotshal & Manges LLP**
Attn Gary Holtzer
767 Fifth Avenue
New York NY 10153

**Securities & Exchange Commission**
New York Regional Office
Attn: Andrew Calamari, Regional Director
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281-1022

Office of the United States Trustee
Attn: Jaclyn Weissgerber, Esq
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Securities & Exchange Commission**
100 F Street, NE
Washington, DC 20549

**St Holdings LLC**
450 Olde Worthington Road
Suite 350
Westerville OH 43082

**Sklar Williams PLLC Law Offices**
Attn Bryan M Williams
410 South Rampart Blvd
Suite 350
Las Vegas NV 89145