## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INTERTOUCH HOLDINGS LLC, | Case No. 18-12772 (BLS) |
| Debtor. | |
| In re: | Chapter 11 |
| INTERTOUCH TOPCO LLC, | Case No. 18-12773 (BLS) |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on December 19, 2018, I caused a copy of the foregoing **Gate Worldwide Holdings LLC's Limited Objection to Motion By Debtors for Order Pursuant to Sections 105(a), 363(c)(1), and 1108 of the Bankruptcy Code (A) Authorizing (I) Continued Maintenance of Existing Bank Account; (II) Continued Use of Existing Business Forms; and (III) the Opening and Closing of Bank Accounts and (B) Waiving Certain U.S. Trustee Guidelines** to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and on the parties on the attached service list via Electronic Mail.

          **SAUL EWING ARNSTEIN & LEHR LLP**

    By:*/s/ Lucian B. Murley*
        Lucian B. Murley (DE Bar No. 4892)
        1201 N. Market Street, Suite 2300
        P. O. Box 1266
        Wilmington, DE 19899
        (302) 421-6898

Dated: December 19, 2018

## Service List

Julia B. Klein, Esquire
Klein LLC
919 North Market Street, Suite 600
Wilmington, DE 19801

Jaclyn Weissgerber, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Buchalter, A Professional Corporation
Attn: Jeffery Ekbom
16435 North Scottsdale Road
Suite 440
Scottsdale, AZ 85254-1754

Morris, Nichols, Arsht & Tunnell LLP
Attn: Patricia Vella, Esquire
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Tonkon Torp LLP
Attn: Mark LeRoux
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

Sklar Williams PLLC Law Offices
Attn: Bryan M. Williams, Esq.
410 South Rampart Boulevard
Suite 350
Las Vegas, NV 89145

Fenwick & West LLP
Attn: David Forst
801 California Street
Mountain View, CA 94041

Landis Rath & Cobb LLP
Attn: Richard Cobb, Esq.
919 Market Street, Suite 1800
PO Box 2087
Wilmington, DE 19899

Corporation Service Company
Attn: Morgan Dailey
251 Little Falls Drive
Wilmington, DE 19808

Ganfer, Shore, Leeds & Zauderer LLP
Attn: Craig S. Kesch
360 Lexington Avenue
New York, NY 10017

Weil, Gotshal & Manges LLP
Attn: Gary Holtzer
767 Fifth Avenue
New York, NY 10153-0119

Nomadix, Inc.
Attn: Kelly Hughes
30851 Agoura Hills Road
Suite 102
Agoura Hills, CA 91301

interTouch (USA) Inc.
Attn: Kelly Hughes
30851 Agoura Hills Road
Suite 102
Agoura Hills, CA 91301

ST Holdings LLC
Attn: Seale A. Moorer
450 Olde Worthington Road, Suite 350
Westerville, OH 43082

CMS Cameron McKenna Nabarro Olswang LLP
Attn: Helen Johnson
78 Cannon Street
London EC4N 6AF

Rajah & Tann Singapore LLP
Attn: Nigel Pereira, Esq.
9 Battery Road, #25-01
Singapore 049910

CMS Derks Star Busmann N.V.
Attn: Eduard Sxheenstra
Atrium-Parnassusweg 737
1077 DG Amsterdam
PO Box 94700
1090 GS Amsterdam Netherlands

interTouch Pte. Ltd.
Attn: Toni Weber
30A Kallang Place #12-06
Singapore 339213