IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Re:  D.I. 19 |

**CERTIFICATION OF COUNSEL SUBMITTING REVISED CONSENSUAL INTERIM ORDER, PURSUANT TO SECTIONS 105(a), 363(c)(1), AND 1108 OF THE BANKRUPTCY CODE, (A) AUTHORIZING (I) CONTINUED MAINTENANCE OF EXISTING BANK ACCOUNT; (II) CONTINUED USE OF EXISTING BUSINESS FORMS; AND (III) THE OPENING AND CLOSING OF BANK ACCOUNTS AND (B) WAIVING CERTAIN UNITED STATES TRUSTEE GUIDELINES**

The undersigned proposed counsel for the above-captioned Debtors hereby certifies as follows:

1. On December 18, 2018, the Debtors filed the *Motion to Maintain Bank Accounts and Continued Use of Existing Business Forms, (B) Authorizing the Continued Use of Existing Cash Management System, and (C) Granting Limited Relief from the Requirements of Bankruptcy Code Section 345(b)* (the "Motion").

2. On December 19, 2018, Gate Worlwide Holdings LLC filed a limited objection to the Motion, requesting certain changes to the order submitted with the Motion.

3. The parties have conferred regarding a revised proposed order granting the Motion, a copy of which is attached hereto as **Exhibit 1** and is being submitted on consent of the parties.

4. Attached hereto as **Exhibit 2** is a blackline of the revised order against the original order filed with the Motion.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

WHEREFORE, it is respectfully requested that the Court waive the Pretrial Conference and enter the Scheduling Order at its earliest convenience without further notice or a hearing.

                                                      Respectfully submitted,

Dated: December 20, 2018
       Wilmington, Delaware                     KLEIN LLC

                                              */s/ Julia B. Klein*
                                              Julia B. Klein (Bar No. 5198)
                                              919 North Market Street
                                              Suite 600
                                              Wilmington, Delaware 19801
                                              Phone: (302) 438-0456
                                              Fax: (302) 300-1733

                                              *Proposed Counsel for the Debtors*
                                              *and Debtors in Possession*