# SIGN-IN SHEET

**Case Name:** InterTouch Holding LLC.  **Courtroom No.1 - Judge Shannon**

**Case No.:** 18-12772

**Date:** December 20, 2018

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| John Klein | Klein LLC | Debtors |
| Robert Hirsh | Arent Fox | Ridgedale Partners |
| Lucia Murley | Saul Ewing | Gate Worldwide |
| Jaclyn Weissgerber | UST | UST |

# U.S. Bankruptcy Court-Delaware

## Court Conference

### Confirmed Telephonic Appearance Schedule
### Honorable Brendan L. Shannon
### #1

Calendar Date: 12/20/2018
Calendar Time: 09:30 AM ET

1st Revision  Dec 19 2018  3:34PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9502058 | Patrick Birney | (860) 275-8275 ext. | Robinson & Cole LLP | Creditor, Gate Worldwide Holdings / LIVE |
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9495811 | Beth Brownstein | (212) 457-5415 ext. | Arent Fox LLP | Interested Party, Arent Fox LLP - New York Office / LISTEN ONLY |
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9502054 | Ian Clarke-Fischer | (212) 451-2900 ext. | Robinson & Cole LLP | Creditor, Gate Worldwide Holdings / LIVE |
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9502056 | Joseph Clasen | (212) 451-2900 ext. | Robinson & Cole LLP | Creditor, Gate Worldwide Holdings / LIVE |
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9503600 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |