# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Lesa | Date Created: 12/21/2018 |
| Case: 18−12773−BLS | Form ID: 309F | Total: 30 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
12985613    CMS Cameron McKenna Nabarro Olswang LLPAttn Helen
12985756    CMS Cameron McKenna Nabarro Olswang LLPAttn Helen

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          interTouch Topco LLC        480 Olde Worthington Road       Suite 350       Westerville, OH 43082
aty         Ian T. Clarke−Fisher        666 Third Avenue       New, NY 10017
aty         Joseph L. Clasen        666 Third Avenue       New York, NY 10017
aty         Julia Bettina Klein        Klein LLC       919 N. Market Street       Suite 600       Wilmington, DE 19801
aty         Lucian Borders Murley       Saul Ewing Arnstein & Lehr LLP       1201 N. Market Street, Suite 2300       P.O. Box 1266       Wilmington, DE 19899
aty         Patrick M. Birney       666 Third Avenue       New York, NY 10017
12985761    Buchhalter       A Professional Corporation       Attn Jefferey Ekbom       16435 N Scottsdale Road       Suite 440       Scottsdale AZ 85254
12985760    CMS Cameron McKenna Nabarro Olswang LLP       Attn Helen Johnson       Cannon Place       78 Cannon Street       London EC4N 6AF       United Kingdom
12985790    CMS Derks Star Busmann NV       Attn Eduard Sxheenstra       Atrium−Parnassusweg 737       1077 DG Amsterdam       Netherlands
12985789    Corporation Service Company       Attn Morgan Dalley       251 Little Falls Drive       Wilmington DE 19808
12985717    Delaware State Treasury       820 Silver Lake Blvd., Suite 100       Dover, DE 19904
12985787    Fenwick & west LLP       Attn David Forst       801 California Street       Mountain View C 94041
12985791    Ganger Shore Leeds & Zauderer LLP       360 Lexington Avenue       New York NY 10017
12986420    Gate Worldwide Holdings LLC       c/o Robinson & Cole LLP       Attn: Joseph L Clasen       666 Third Ave       New York NY 10017
12985716    Internal Revenue Service       P. O. Box 7346       Philadelphia, PA 19101−7346
12985788    Landis Rath & Cobb LLP       Attn Richard Cobb       919 Market Street Suite 1800       Wilmington DE 19801
12985779    Morris Nichols Arsht & Tunnel LLP       Attn Patricia Vella       1201 N Market Street       Wilmington DE 19801
12985794    Nomadix, Inc       30851 Augoura Hills Road       Suite 102       Augoura Hills CA 91301
12985781    Rajah & Tann Singapore LLP       Attn Nigel Pereira       9 Battery Road #25−01       Singapore 049910
12985718    Secretary of State       Division of Corporations       Franchise Tax       P.O. Box 898       Dover, DE 19903
12985714    Securities & Exchange Commission       100 F Street, NE       Washington, DC 20549
12985715    Securities & Exchange Commission       New York Regional Office       Attn: Andrew Calamari, Regional Director       Brookfield Place       200 Vesey Street, Suite 400       New York, NY 10281−1022
12985782    Sklar Williams PLLC Law Offices       Attn Bryan M Williams       410 South Rampart Blvd       Suite 350       Las Vegas NV 89145
12985796    St Holdings LLC       450 Olde Worthington Road       Suite 350       Westerville OH 43082
12985780    Tonkton Torp LLP       Attn Mark LeRoux       888 SW 5th Avenue Ste 1600       Portland OR 97204
12985792    Weil, Gotshal & Manges LLP       Attn Gary Holtzer       767 Fifth Avenue       New York NY 10153
12985795    interTouch (USA) Inc       30851 Augoura Hills Road       Suite 102       Augoura Hills CA 91301
12985793    interTouch Pte Ltd       Attn Toni Weber       30A Kallang Place #12−06       Singapore 339203

TOTAL: 28