**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>INTERTOUCH TOPCO LLC, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-12773 (BLS)<br><br>Jointly Administered<br>**Hearing Date: January 10, 2019 at 10:30 a.m.**<br>**Objection Deadline:  January 3, 2019**<br>**Re:  Docket Nos. 4 and 5** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on December 13, 2018, Gate Worldwide Holdings LLC filed the following motions with the Court.

- Gate Worldwide Holdings LLC's Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to § 1112(b) and/or Abstain for Hearing Debtors' Chapter 11 Cases Pursuant to § 305(a) of the Bankruptcy Code [Docket No. 4]

- Emergency Motion for Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 362(d) and (f) of the Bankruptcy Code [Docket No. 5]

(collectively, the "**Motions**").

**PLEASE TAKE NOTICE** that an hearing has been scheduled for **January 10, 2019 at 10:30 a.m.** before the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom 1, 824 North Market Street, Wilmington, Delaware 19801, at which time the Court will consider the Motions.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motions, if any, are required to be filed on or before **January 3, 2019 (the "Objection Deadline")** with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 (the "**Bankruptcy Court**").  You must also serve any such objection so as to be received by the undersigned counsel on or before the Objection Deadline.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTIONS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  December 21, 2018 | SAUL EWING ARNSTEIN & LEHR LLP |

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE  19899
Telephone: (302) 421-6898
Facsimile: (302) 421-5864
luke.murley@saul.com

-and-

Joseph L. Clasen
Patrick M. Birney
Ian T. Clarke-Fisher
Andrew A. DePeau
**ROBINSON & COLE LLP**
666 Third Avenue
New York, New York 10017
Telephone:  (212) 451-2900
jclasen@rc.com
iclarke-fisher@rc.com

*Counsel for Gate Worldwide Holdings LLC*