# Exhibit B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> interTouch Topco LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 18-12773 (BLS) <br><br> Jointly Administered <br><br> **Re: D.I.** \_\_\_\_ |

### DECLARATION OF JULIA B. KLEIN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORITY TO RETAIN AND EMPLOY KLEIN LLC AS ATTORNEYS FOR DEBTORS *NUNC PRO TUNC* TO PETITION DATE

I, Julia B. Klein, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the managing member of the firm of Klein LLC (or the "Firm"), a Delaware law firm located in Wilmington, Delaware.

2. I submit this Declaration in connection with the Application submitted on the date hereof (the "Application") by interTouch Holdings LLC and interTouch Topco LLC, the above-captioned debtors and debtors-in-possession (together, the "Debtors"), for authority to employ and retain Klein LLC as their counsel in the above-captioned chapter 11 cases, *nunc pro tunc* to December 10, 2018 (the "Petition Date"), at the Firm's normal hourly rates in effect from time to time and in accordance with the Firm's normal reimbursement policies, in compliance with sections 327(a), 328(a), 329 and 504(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

"Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon the Firm's completion of further review, or as additional information regarding parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

3. Neither I or Klein LLC represents any entity other than the Debtors in connection with these chapter 11 cases. In addition, to the best of my knowledge, after due inquiry, neither I nor Klein LLC represents any party-in-interest in these chapter 11 cases in matters related to these chapter 11 cases. A copy of the parties-in interest in these cases is attached hereto as **Annex A**. Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe Klein LLC is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

4. Prior to the Petition Date, Klein LLC received a retainer totaling $10,000 from a third-party non-debtor entity called ST Holdings LLC for professional services to be performed and expenses to be incurred, including the required statutory chapter 11 filing fees and in preparation for the commencement of these Chapter 11 Cases. In accordance with a prepetition fee agreement with the Debtors, the retainer was exhausted upon the filing of the Debtors' bankruptcy petitions.

5. Klein LLC intends to charge the Debtors for services rendered in these Chapter 11 Cases at the Firm's normal hourly rates in effect at the time the services are rendered. Klein LLC's current customary hourly rates are $250 to $600. Klein LLC has agreed to provide services to the

Debtors in connection with their chapter 11 cases at the rate of $500 per hour for attorneys and $150 per hour for law clerks.

6.  Klein LLC also intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with the Firm's normal reimbursement policies, subject to any modifications to such policies that the Firm may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Klein LLC's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. Klein LLC customarily has used the services of Reliable Companies for duplication, mailing services, the preparation and filing of certificates of service, the preparation of hearing binders, and similar work that typically would be handled by a firm's paralegal or other office staff. The Firm will utilize those services in connection with these bankruptcy cases and charge the estates only for the actual costs charged by Reliable Companies and advanced by the Firm. Klein LLC will not otherwise charge the Debtors' estates for any facsimiles, toll calls, staff overtime, overtime meals, deliveries, court costs, or travel, and clerk fees.

7.  No promises have been received by the Firm as to payment or compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. Klein LLC has no agreement with any other entity to share with such entity any compensation received by Klein LLC.

Dated: December 24, 2018  
Wilmington, Delaware

_____  
Julia B. Klein

3

**Annex A**

**POTENTIAL PARTIES IN INTEREST FOR INTERTOUCH TOPCO LLC, *ET AL.***

<u>Debtors</u>

interTouch Holdings LLC
interTouch Topco LLC

<u>Current and Recent Former Officers & Directors</u>

Seale A. Moorer, Jr.

<u>Top 20 Creditors</u>

CMS Cameron McKenna Nabarro Olswang LLP
Buchhalter, A Professional Corporation
Morris Nichols Arsht & Tunnel LLP
Tonkton Torp LLP
Rajah & Tann Singapore LLP
Sklar Williams PLLC Law Offices
Fenwick & West LLP
Landis Rath & Cobb LLP
Corporation Service Company
CMS Derks Star Busmann NV
Ganfer Shore Leeds & Zauderer LLP
Weil, Gotshal & Manges LLP
interTouch Pte. Ltd
Nomadix, Inc.
interTouch (USA) Inc.
ST Holdings LLC

<u>Secured Creditor</u>

Gate Worldwide Holdings LLC

<u>Professionals</u>

Momentum Advisors

United States Trustee, Judges and Court Contacts for the District of Delaware

| | |
|---|---|
| T. Patrick Tinker | Honorable Kevin J. Carey |
| Lauren Attix | Honorable Brendan L. Shannon |
| David Buchbinder | Honorable Christopher S. Sontchi |
| Linda Casey | Honorable Mary F. Walrath |
| Holly Dice | Honorable Laurie S. Silverstein |
| Shakima L. Dortch | Honorable Kevin Gross |
| Timothy J. Fox, Jr. | Laura Haney |
| Diane Giordano | Sherry Scaruzzi |
| Christine Green | Donna Grottini |
| Benjamin Hackman | Nancy Hunt |
| Jeffrey Heck | Jill Walker |
| Brya Keilson | Rachel Bello |
| Mark Kenney | Cheryl Szymanski |
| Jane Leamy | Danielle Gadson |
| Hannah M. McCollum | Catherine Farrell |
| James R. O'Malley | Laurie Capp |
| Michael Panacio | Lora Johnson |
| Juliet Sarkessian | Cacia Batts |
| Richard Schepacarter | Janet Moore |
| Edith A. Serrano | Rachel Werkheiser |
| Karen Starr | Una O'Boyle |
| Ramona Vinson | |
| Jaclyn Weissgerber | |
| Michael West | |
| Dion Wynn | |