# Exhibit C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF SEALE A. MOORER, JR., IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORITY TO RETAIN AND EMPLOY KLEIN LLC AS ATTORNEYS FOR DEBTORS *NUNC PRO TUNC* TO PETITION DATE**

I, Seale A. Moorer, Jr., pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am the chief executive officer of interTouch Holdings LLC and interTouch Topco LLC, the above-captioned debtors and debtors-in-possession (together, the "Debtors").

2. I submit this Declaration in connection with the Debtors' Application submitted on the date hereof (the "Application"), for authority to employ and retain Klein LLC (the "Firm") as their counsel in the above-captioned chapter 11 cases, *nunc pro tunc* to December 10, 2018 (the "Petition Date"), at the Firm's normal hourly rates in effect from time to time and in accordance with the Firm's normal reimbursement policies, in compliance with sections 327(a), 328(a), 329 and 504(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

Bankruptcy Court for the District of Delaware (the "Local Rules"). I have personal knowledge of the facts set forth herein.

3. Klein LLC is proposed to serve as bankruptcy counsel to the Debtors to provide advice and render legal services in connection with these Chapter 11 Cases. The Debtors recognize that a comprehensive review process is necessary when selecting and managing bankruptcy counsel to ensure the bankruptcy professionals are subject to the same client-driven market forces, security and accountability as professionals in non-bankruptcy engagements.

4. The Debtors selected Klein LLC because of the firm's experience in aspects of the law that are expected to arise in the context of these Chapter 11 Cases. Klein LLC has the necessary background to deal effectively with many of the potential legal issues and problems that may arise in the context of these Chapter 11 Cases. Thus, I believe Klein LLC is well qualified and uniquely positioned to represent the Debtors in these Chapter 11 Cases.

5. Klein LLC has informed the Debtors that it intends to charge them for the services rendered in these Chapter 11 Cases at the Firm's normal hourly rates in effect at the time the services are rendered. Klein LLC has confirmed to me that it does not vary its billing rates or the material terms of an engagement depending on whether such engagement is a bankruptcy or a non-bankruptcy engagement. Klein LLC has also advised me that the Firm's current customary hourly rates are $250 to $600. Klein LLC has agreed to provide services to the Debtors in connection with their chapter 11 cases at the rate of $500 per hour for attorneys and $150 per hour for law clerks.

6. Klein LLC also has informed the Debtors that it intends to seek reimbursement for expenses incurred in connection with its representation of the Debtors in accordance with the Firm's normal reimbursement policies, subject to any modifications to such policies that the Firm

may be required to make to comply with orders of this Court, the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  The Debtors have been informed that Klein LLC's disbursement policies pass through all out-of-pocket expenses at actual cost or an estimated actual cost when the actual cost is difficult to determine. The Debtors have been informed that Klein LLC customarily has used the services of Reliable Companies for duplication, mailing services, the preparation and filing of certificates of service, the preparation of hearing binders, and similar work that typically would be handled by a firm's paralegal or other office staff, and that it will utilize those services in connection with these bankruptcy cases and charge the estates only for the actual costs charged by Reliable Companies and advanced by the Firm.

7. I understand that, during the pendency of these Chapter l1 Cases, Klein LLC's fees and expenses will be subject to periodic review on a monthly, interim and final basis by, among other parties, the Office of the U.S. Trustee and the Court in accordance with the terms of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee, and any orders of the Court governing the procedures for approval of interim compensation of professionals retained in these Chapter 11 Cases.

8. Either I, or personnel under my supervision, will review the Firm's invoices before submission to the Court for approval. Klein LLC has informed me that the Debtors will be provided with the opportunity to review all invoices and request adjustments to such invoices to the extent that the Debtors determine that such adjustments are necessary and appropriate, which requests will be carefully considered by the Firm.

9. Klein LLC along with the Debtors are in the process of developing a prospective budget and for these Chapter 11 Cases.  The Debtors recognize that it is their responsibility to closely monitor the billing practices of the Firm to ensure that fees and expenses paid by their

estates remain consistent with the Debtors' expectations, considering the exigencies and other circumstances of these Chapter 11 Cases.

Dated: December 24, 2018
      Wilmington, Delaware

                                          Seale A. Moorer, Jr.
                                          Chief Executive Officer
                                          interTouch Holdings LLC and interTouch Topco LLC