# Exhibit B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. \_\_\_\_** |

**ORDER GRANTING APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a), FED. R. BANKR. P. 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1 FOR AUTHORITY TO RETAIN AND EMPLOY MOMENTUM ADVISORS AS FINANCIAL ADVISORS *NUNC PRO TUNC* TO DECEMBER 12, 2018**

Upon the application, dated December 24, 2018 (the "Application") of interTouch Holdings LLC and interTouch Topco LLC (together, the "Debtors"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for authority to retain and employ Momentum Advisors ("MA") as financial advisors to the Debtors, effective as of December 12, 2018, all as more fully set forth in the Application; and upon consideration of the Declarations of Stephen Judge in support of the Application; and this Court being satisfied, based on the representations made in the Application and the Declaration of Stephen Judge, that MA is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and as required under section 327(a) of the Bankruptcy Code, and that MA

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381).  The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

represents no interest adverse to the Debtors' estates; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Application and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and this Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and it appearing that the relief requested in the Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted as provided herein.

2. The Debtors are authorized, pursuant to Bankruptcy Code sections 327(a) and 328(a), to engage, *nunc pro tunc* to December 12, 2018, upon the terms and for the purposes set forth in the Application and in that certain engagement letter attached to the Application as Exhibit A (the "Engagement Agreement"), MA as financial advisors to the Debtors in the above-captioned chapter 11 cases.

3. The Debtors are authorized to compensate and reimburse MA pursuant to the terms of the Engagement Agreement and as set forth in the Application.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

2

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: January __, 2019  
       Wilmington, Delaware                    _____  
                                            UNITED STATES BANKRUPTCY JUDGE