# Exhibit C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

**DECLARATION OF STEPHEN JUDGE IN SUPPORT OF APPLICATION OF**
**DEBTORS PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a),**
**FED. R. BANKR. P. 2014 AND 2016, AND LOCAL RULES 2014-1 AND 2016-1**
**FOR AUTHORITY TO RETAIN AND EMPLOY MOMENTUM ADVISORS**
**AS FINANCIAL ADVISORS *NUNC PRO TUNC* TO DECEMBER 12, 2018**

I, Stephen Judge, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1.       I am a partner at Momentum Advisors ("MA"), a financial consulting firm having expertise in turnaround and bankruptcy matters.   MA is headquartered in Springfield, Pennsylvania.

2.       On December 12, 2018, the Debtors engaged MA as financial advisors pursuant to and on the terms set forth in the Engagement Agreement, a copy of which is attached hereto as **Exhibit A**.

3.       I submit this Declaration in connection with the Application submitted on the date hereof (the "Application") by interTouch Holdings LLC and interTouch Topco LLC, the above-captioned debtors and debtors-in-possession (together, the "Debtors"), for authority to employ and retain MA as their financial advisors in the above-captioned chapter 11 cases, *nunc pro tunc* to December 12, 2018, at MA's normal hourly rates in effect from time to time and in accordance

---

[1]       The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381).  The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

with MA's normal reimbursement policies, in compliance with sections 327(a), 328(a), 329 and 504(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called to testify, could and would testify competently with respect to them. To the extent any information disclosed herein requires amendment or modification upon MA's completion of further review, or as additional information regarding parties-in-interest becomes available, a supplemental declaration will be submitted to the Court reflecting such amended, supplemented, or otherwise modified information.

4.      Neither I or MA represents any entity other than the Debtors in connection with these chapter 11 cases. In addition, to the best of my knowledge, after due inquiry, neither I nor MA represents any party-in-interest in these chapter 11 cases in matters related to these chapter 11 cases. A copy of the parties-in interest in these cases is attached hereto as **Annex A**. Based on the foregoing, insofar as I have been able to ascertain after diligent inquiry, I believe MA is "disinterested" as such term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

5.      To the best of my knowledge, information, and belief, neither MA nor any employee of MA is a creditor, an equity holder, or an insider of any of the Debtors. Also, to the best of my knowledge, information, and belief, neither the undersigned nor the MA's professionals expected to assist the Debtors in these chapter 11 cases are related or connected to any United States Bankruptcy Judge for the District of Delaware, the U.S. Trustee, or any persons employed in the office of the U.S. Trustee.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 24, 2018

Stephen Judge

3

**Annex A**

**POTENTIAL PARTIES IN INTEREST FOR INTERTOUCH TOPCO LLC, *ET AL.***

<u>Debtors</u>

interTouch Holdings LLC
interTouch Topco LLC

<u>Current and Recent Former Officers & Directors</u>

Seale A. Moorer, Jr.

<u>Top 20 Creditors</u>

CMS Cameron McKenna Nabarro Olswang LLP
Buchhalter, A Professional Corporation
Morris Nichols Arsht & Tunnel LLP
Tonkton Torp LLP
Rajah & Tann Singapore LLP
Sklar Williams PLLC Law Offices
Fenwick & West LLP
Landis Rath & Cobb LLP
Corporation Service Company
CMS Derks Star Busmann NV
Ganfer Shore Leeds & Zauderer LLP
Weil, Gotshal & Manges LLP
interTouch Pte. Ltd
Nomadix, Inc.
interTouch (USA) Inc.
ST Holdings LLC

<u>Secured Creditor</u>

Gate Worldwide Holdings LLC

<u>Professionals</u>

Klein LLC

United States Trustee, Judges and Court Contacts for the District of Delaware

T. Patrick Tinker
Lauren Attix
David Buchbinder
Linda Casey
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Jeffrey Heck
Brya Keilson
Mark Kenney
Jane Leamy
Hannah M. McCollum
James R. O'Malley
Michael Panacio
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Karen Starr
Ramona Vinson
Jaclyn Weissgerber
Michael West
Dion Wynn

Honorable Kevin J. Carey
Honorable Brendan L. Shannon
Honorable Christopher S. Sontchi
Honorable Mary F. Walrath
Honorable Laurie S. Silverstein
Honorable Kevin Gross
Laura Haney
Sherry Scaruzzi
Donna Grottini
Nancy Hunt
Jill Walker
Rachel Bello
Cheryl Szymanski
Danielle Gadson
Catherine Farrell
Laurie Capp
Lora Johnson
Cacia Batts
Janet Moore
Rachel Werkheiser
Una O'Boyle