IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: Jan. 7, 2019, at 4:00 p.m. (ET)** <br> **Hearing Date: Jan. 15, 2019, at 11:00 a.m. (ET)** |

**NOTICE OF MOTION BY DEBTORS FOR ENTRY OF AN ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on December 24, 2018, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, responses or objections, if any, to the Motion must be filed in writing with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Debtors on or before January 7, 2019, at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that, if an objection is timely filed, served and received and such objection is not otherwise resolved, a hearing to consider such objection and the Motion will be held before the Honorable Brendan L. Shannon at the Bankruptcy Court, 824 N.

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on January 15, 2019 at 11:00 a.m. (prevailing Eastern Time).

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 24, 2018
       Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
Fax: (302) 300-1733

*Proposed Counsel for the Debtors
and Debtors in Possession*