**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |
| | **Re: D.I. ___** |

**ORDER GRANTING MOTION BY DEBTORS FOR ENTRY OF AN ORDER,
PURSUANT TO BANKRUPTCY RULES 1007(a) AND 1007(c) AND
LOCAL RULE 1007-1(b), EXTENDING TIME TO FILE SCHEDULES
OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL AFFAIRS,
AND LISTS OF EQUITY SECURITY HOLDERS**

Upon consideration of the motion (the "Motion") by interTouch Holdings LLC and interTouch Topco LLC, the above-captioned debtors and debtors-in-possession (together, the "Debtors"), for entry of an order, pursuant to Rules 1007(a) and 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), extending the time within which the Debtors must file their schedules of assets and liabilities (the "Schedules"), statements of financial affairs (the "Statements"), and lists of equity security holders (the "Equity Holders Lists"), all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given, and it appearing that no other or further notice need be provided; and the Court having determined that the relief requested in the Motion being in the best interests of the Debtors, their creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, THAT:

1. The Motion is granted and approved in all respects.

2. The deadline for the Debtors to file their Schedules, Statements, and Equity Holders Lists is extended through and including January 23, 2018.

3. This Order and the relief requested herein is without prejudice to the Debtors' ability to seek a further extension or modification of the requirements of section 521 of the Bankruptcy Code, Bankruptcy Rule 1007 and Local Rule 1007-1.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: January _____, 2019  
       Wilmington, Delaware                 _____  
                                                   UNITED STATES BANKRUPTCY JUDGE