**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 10, 2019 AT 10:30 A.M. (ET)[2]**

**I.   MATTERS GOING FORWARD:**

1. Motion to Dismiss Case by Gate Worldwide Holdings LLC [D.I. 4; filed 12/13/18].

    Objection/Response Deadline:   January 3, 2018.

    Objections/Responses Received:

    1. Omnibus Response in Opposition to Motion to Dismiss and Stay Relief Motion [D.I. 45; filed 01/03/19].

    2. Declaration of Seale A. Moorer, Jr., in Support of Omnibus Objection [D.I. 46; filed 01/03/19].

    Related Documents:

    1. Affidavit of Joseph L. Clasen in Support of Gate Worldwide Holdings LLC's Emergency Motions for (I) Entry of an Order Dismissing Debtors' Bankruptcy Cases Pursuant to Sections 1112(b) and/or 305(a) of the Bankruptcy Code and (II) Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 365(d) of the Bankruptcy Code [D.I. 8; filed 12/13/18].

---

[1]   The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381).  The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

[2]   The hearing will be held before The Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.  Any person who wishes to appear telephonically at the hearing must contact COURTCALL, LLC at 866-582-6878 to register their telephonic appearance in accordance with the Instructions for Telephonic Appearance Effective January 5, 2005, Revised April 27, 2009.

2. Letter from Court Setting Status Conference Regarding Gate Worldwide Holdings LLC's Motion to Dismiss [D.I. 18; filed 12/21/18].

3. Notice of Hearing [D.I. 37; filed 12/17/18].

4. *Gate Worldwide Holdings LLC's Omnibus Reply Memorandum in Further Support of Gate Worldwide Holdings LLC's Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to Section 1112(b) of the Bankruptcy Code and/or Abstain from Hearing Debtors' Chapter 11 Cases Pursuant to Section 305(a) of the Bankruptcy Code and Gate Worldwide Holdings LLC's Emergency Motion for Entry of an Order Granting Relief From the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code* [D.I. 48; filed 01/08/19].

Status: This matter is going forward.

2. Motion for Relief from Stay by Gate Worldwide Holdings LLC [D.I. 5; filed 12/13/18].

Objection/Response Deadline:    January 3, 2018.

Objections/Responses Received:

1. Omnibus Response in Opposition to Motion to Dismiss and Stay Relief Motion [D.I. 45; filed 01/03/19].

2. Declaration of Seale A. Moorer, Jr., in Support of Omnibus Objection [D.I. 46; filed 01/03/19].

Related Documents:

1. Affidavit of Joseph L. Clasen in Support of Gate Worldwide Holdings LLC's Emergency Motions for (I) Entry of an Order Dismissing Debtors' Bankruptcy Cases Pursuant to Sections 1112(b) and/or 305(a) of the Bankruptcy Code and (II) Entry of an Order Granting Relief from the Automatic Stay Pursuant to Section 365(d) of the Bankruptcy Code [D.I. 8; filed 12/13/18].

2. Notice of Hearing [D.I. 37; filed 12/17/18].

3. *Gate Worldwide Holdings LLC's Omnibus Reply Memorandum in Further Support of Gate Worldwide Holdings LLC's Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to Section 1112(b) of the Bankruptcy Code and/or Abstain from Hearing Debtors' Chapter 11 Cases Pursuant to Section 305(a) of the Bankruptcy Code and Gate Worldwide Holdings LLC's Emergency Motion for Entry of an Order Granting Relief*

*From the Automatic Stay Pursuant to Sections 362(d) and (f) of the Bankruptcy Code* [D.I. 48; filed 01/08/19].

<u>Status</u>: This matter is going forward.

Dated: January 8, 2019
      Wilmington, Delaware              KLEIN LLC

<u>*/s/ Julia B. Klein*</u>
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
klein@kleinllc.com

*Proposed Counsel for the Debtors and Debtors in Possession*