IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

## NOTICE OF CANCELLATION OF HEARING

PLEASE TAKE NOTICE THAT, at the request of the Office of the United States Trustee and with the permission of the Court, the hearing previously scheduled for January 15, 2015, at 11:00 a.m. (ET) has been cancelled.

Dated: January 9, 2019
       Wilmington, Delaware

KLEIN LLC

*/s/ Julia B. Klein*
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
klein@kleinllc.com

*Proposed Counsel for the Debtors
and Debtors in Possession*

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.