Fill in this information to identify the case:

Debtor Name _____ interTouch Holdings LLC _____

United States Bankruptcy Court for the:_____ District of ___Delaware___
(State)

Case number: ___ 18-12772 (BLS) ___

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of [01/08/1] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Nomadix Inc. | 100% | |
| interTouch Pte Ltd | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name ___interTouch Holdings LLC_____

Case number___18-12772 (BLS)_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✗ _____ |
| | Signature of Authorized Individual |
| | Seale Moorer |
| | Printed name of Authorized Individual |
| | Date __01/08/19_____ |
| | MM / DD / YYYY |

| For individual Debtors: | ✗ _____ | ✗ _____ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | _____ | _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name ___interTouch Holdings LLC_____

Case number___18-12772 (BLS)_____

**Exhibit A: Financial Statements for interTouch Pte Ltd and Nomadix, Inc.**

The inancial tatement or      are not  et a aila le. Once the  are a aila le, the  e tor    ill u date thi  re ort.

Debtor Name _____ interTouch Holdings LLC _____

Case number_____ 18-12772 (BLS) _____

**Exhibit A-1: Balance Sheet for interTouch Pte Ltd as of** 06/30/18

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

**The structure of the controlled non-debtor entities is complex and involves foreign entities.  These entities prepare financial statements biannually.  The latest report (for the period ending in December 2018) will not be available until mid-January.  Once available, the Debtors will supplement this report.**

| Statement of financial position as at 30 June 2018 | Group |
|---|---|
| | **2018** |
| | **$** |
| **Non-Current Assets** | **22,291,252** |
| **Property, plant and equipment** | **4,912,303** |
| Office Equipment (incl F&F,Computer Equipment & LH Improvement) | 8,158,812 |
| Office Equipment Acc Dep (incl F&F,Computer Equipment & LH Improvement) | (7,658,753) |
| Hotel Installations (inc De-installed equipment) | 63,997,460 |
| Hotel Installations Acc Dep (inc De-installed equipment) | (59,760,177) |
| Work in progress (WIP) | 169,468 |
| Motor Vehicle | 38,282 |
| Motor Vehicle - Acc Dep | (32,789) |
| **Intangible assets** | **1,326,813** |
| Intangible assets | 1,326,813 |
| Goodwill | - |
| **Trade and other receivables** | **15,062,251** |
| Amount due from related companies - non-trade | 15,062,251 |
| **Other non-current assets** | **733,957** |
| Other non-current assets | 733,957 |
| **Deferred tax assets** | **255,928** |
| Deferred tax assets | 255,928 |
| **Current Assets** | **41,730,222** |
| **Inventories** | **1,111,844** |
| Inventories | 1,111,844 |
| **Cash and cash equivalents** | **11,161,459** |
| Cash and Bank Balances | 11,161,459 |
| **Trade and other receivables** | **29,456,920** |
| Amount due from related companies - non-trade | 14,452,638 |
| Amount due from related companies - trade | 252,481 |
| Trade Receivables | 7,100,363 |
| Provision for Doubtful Debts | (523,400) |
| Other current assets | 393,554 |
| Prepayments | 400,058 |
| Deferred Expenses | 3,675,051 |

| | |
|---|---:|
| Other receivables | 3,706,174 |
| **Total assets** | **64,021,475** |
| | |
| **Non-Current Liabilities** | **1,002,551** |
| **Other payables** | **1,019,399** |
| Provision for Severance - Non Current | 1,019,399 |
| **Deferred tax liabilities** | **(16,848)** |
| Deferred tax liabilities | (16,848) |
| **Current Liabilities** | **14,800,499** |
| **Trade and other payables** | **13,753,127** |
| Trade payables | 2,998,174 |
| Deferred Revenue | 5,018,632 |
| Accrued expenses | 2,275,849 |
| Amount due to related companies - trade | 635,581 |
| Others payables | 386,668 |
| Withholding tax payable | 2,438,222 |
| **Interest-bearing liabilities** | **409** |
| Finance Lease / Hire Purchase | 409 |
| **Provision for income tax** | **1,046,964** |
| Provision for income tax | 1,046,964 |
| | |
| **Total liabilities** | **15,803,050** |
| | |
| **Equity** | **48,218,425** |
| Share Capital | 203,114,294 |
| Capital Reserve | 267,356 |
| **Retained Earnings** | **(162,953,584)** |
| Brought forward balance | (161,007,235) |
| Current year | (1,946,349) |
| **Other reserves** | **7,790,359** |
| Merger Reserve | 23,854,994 |
| Stock Option Reserve | 2,712,851 |
| Translation Reserve | (18,777,486) |

| | |
|---|---|
| **Total equity and liabilities** | **64,021,475** |

| Consolidated Statement of financial position as at 30 June 2018 | |
|---|---|
| **InterTouch Pte Limited and it's subsidiaries** | Group |
| | 2018 |
| | $ |

**Assets**

**Non-current assets**

| | |
|---|---|
| Property, plant and equipment | 4,912,303 |
| Intangible assets | 1,326,813 |
| Deferred tax assets | 255,928 |
| Trade and other receivables (incl related parties) | 15,062,251 |
| Other non-current assets | 733,957 |
| | 22,291,252 |

**Current assets**

| | |
|---|---|
| Inventories | 1,111,844 |
| Trade and other receivables | 29,456,920 |
| Cash and cash equivalents | 11,161,459 |
| | 41,730,222 |

| | |
|---|---|
| **Total assets** | 64,021,475 |
| | - |

**Liabilities and Equity**

**Equity**

| | |
|---|---|
| Share capital | 203,114,294 |
| Capital reserve | 267,356 |
| Accumulated losses | (162,953,584) |
| Other reserves | 7,790,359 |
| **Total equity** | 48,218,425 |
| | - |

**Non-current liabilities**

| | |
|---|---|
| Deferred tax liabilities | (16,848) |
| Other payables | 1,019,399 |
| | 1,002,551 |
| | - |

**Current liabilities**

| | |
|---|---|
| Trade and other payables | 13,753,535 |
| Provision for income tax | 1,046,964 |
| | 14,800,499 |
| | - |

| | |
|---|---|
| **Total liabilities** | 15,803,050 |

| | |
|---|---|
| **Total equity and liabilities** | 64,021,475 |

Debtor Name _____interTouch Holdings LLC_____

Case number_____18-12772 (BLS)_____

**Exhibit A-2: Statement of Income (*Loss*) for interTouch Pte Ltd for period ending 06/30/18**

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**The structure of the controlled non-debtor entities is complex and involves foreign entities. These entities prepare financial statements biannually. The latest report (for the period ending in December 2018) will not be available until mid-January. Once available, the Debtors will supplement this report.**

iTT Pte Ltd Unaudited Consolidated Summary P&L 6 months to 30 June 2018.xlsx          PL18 Jan-Jun

| Statement of consolidated income for 6 months ended 30 June 2018 | Group |
|---|---|
| **interTouch Pte Ltd and its Subsidiaries** | **Jan - Jun** |
| | **$** |
| Revenue | 19,775,166 |
| Cost of sales | (13,948,586) |
| **Gross profit** | 5,826,581 |
| | |
| Other income | 247,351 |
| Distribution expenses | (175,210) |
| Administrative expenses | (7,931,747) |
| Other operating expenses | (23,866) |
| **Results from operating activities** | (2,056,892) |
| | |
| Finance income | 571,701 |
| Finance costs | (8,971) |
| **Net finance (costs)/income** | 562,730 |
| | |
| **(Loss)/Profit before tax** | (1,494,162) |
| Income tax expense | (452,187) |
| **(Loss)/Profit for the year** | (1,946,349) |
| | - |
| **Other comprehensive income** | |
| Items that are or may be reclassified subsequently to profit or loss: | |
| Foreign currency translation difference for foreign operations | (1,462,014) |
| **Other comprehensive income, net of tax** | (1,462,014) |
| | |
| **Total comprehensive income, for the year** | (3,408,363) |

US - Nomadix, Inc. (A2)
DIT PL REPORT (2015)
Current Period: Dec-18
Date: 10-OCT-18 04:55:58

Currency: USD
No specific Ledger requested

| COST CENTRE/PRODU ACCOU REGION/LOCATION  HOTEL INTERCOMPANY | Month of Jan-18 | Month of Feb-18 | Month of Mar-18 | Month of Apr-18 | Month of May-18 | Month of Jun-18 | Month of Jul-18 | Month of Aug-18 | Month of Sep-18 | Closing Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | |
| Internet Use Revenue | | | | | | | | | | |
| HSIA Guest Room Revenue (H01 & H02) | - | - | - | - | - | - | - | - | - | - |
| HSIA Non Guest Room Revenue (H03 & H04) | - | - | - | - | - | - | - | - | - | - |
| HSIA Business Centre (H06) | - | - | - | - | - | - | - | - | - | - |
| HSIA Corporate (DSF Hotels) H07 | - | - | - | - | - | - | - | - | - | - |
| HSIA Corporate (RS hotels) H08 | - | - | - | - | - | - | - | - | - | - |
| HSIA Loyalty (DSF hotels) H09 | - | - | - | - | - | - | - | - | - | - |
| HSIA Loyalty (RS Hotels) H10 | - | - | - | - | - | - | - | - | - | - |
| Subtotal | - | - | - | - | - | - | - | - | - | - |
| Multimedia Revenue | | | | | | | | | | |
| Multimedia Movie Revenue | - | - | - | - | - | - | - | - | - | - |
| VOIP- Maintenance or support Revenue | - | - | - | - | - | - | - | - | - | - |
| Advertising Revenue | - | - | - | - | - | - | - | - | - | - |
| IPTV Revenue | - | - | - | - | - | - | - | - | - | - |
| Subtotal | - | - | - | - | - | - | - | - | - | - |
| Call Centre & Remote Services Revenue | | | | | | | | | | |
| Subtotal | - | - | - | - | - | - | - | - | - | - |
| **Other Revenue** | | | | | | | | | | |
| Roaming Revenue | - | - | - | - | - | - | - | - | - | - |
| Nomadix Gateway - HW/License & Support/Freedom HSIA License (N01,N02,N03) | | | | | | | | | | |
| 00 Default | 910,660.80 | 1,138,022.89 | 1,119,385.68 | 1,254,208.04 | 977,252.14 | 1,340,420.64 | 761,973.93 | 1,123,833.81 | 1,095,926.50 | 9,721,684.43 |
| A1 DOCOMO interTo | 920.00 | 3,500.16 | 1,170.00 | 892.39 | 560.43 | 559.81 | 3,223.09 | 1,426.62 | 1,762.57 | 14,015.07 |
| A3 Intertouch (US | - | - | - | 549.23 | | | | | | 549.23 |
| A5 DCMIT Mexico S | 18,176.00 | 19,793.15 | 8,925.91 | 986.69 | 560.88 | 4,626.25 | 17,311.75 | 1,470.71 | 3,374.53 | 75,225.87 |
| C5 interTouch Phi | 780.00 | 6,112.66 | 4,601.00 | - | - | - | 2,240.72 | 919.86 | 4,906.27 | 19,560.51 |
| C7 interTouch (Th | 3,145.00 | 34,528.00 | 4,213.16 | 2,291.51 | 8,737.60 | 8,904.60 | 8,934.98 | 11,330.66 | 8,574.52 | 90,660.03 |
| G1 May Shyh Corpo | - | - | - | - | - | 14,968.00 | - | 7,822.00 | - | 22,790.00 |
| G2 inter-touch So | 23,710.00 | 8,462.77 | 90,800.71 | 4,560.00 | 189,345.25 | 97,180.00 | 5,726.56 | 49,443.12 | 17,262.90 | 486,491.31 |
| G3 interTouch Com | - | 9,413.00 | 12,036.00 | 3,760.00 | - | - | - | 10,589.00 | 5,611.85 | 41,409.85 |
| G7 inter-Touch Pt | - | - | - | - | (10.00) | - | - | - | - | (10.00) |
| I1 DOCOMO interTo | 5,260.00 | 8,938.65 | 6,621.83 | (1,140.00) | - | 3,655.78 | - | 641.23 | 1,500.00 | 25,477.49 |
| M1 inter-Touch (B | - | 1,009.56 | - | - | - | - | - | - | - | 1,009.56 |
| M4 interTouch Jor | 390.00 | - | - | - | - | 508.25 | - | - | - | 898.25 |
| M6 interTouch MEN | 5,985.00 | 34,984.46 | 20,745.61 | 9,954.66 | 559.92 | 1,577.38 | 14,572.07 | 360.00 | - | 88,739.10 |
| M7 MagiNet Morocc | 390.00 | 541.59 | 1,323.58 | 1,840.06 | - | 509.56 | 1,140.00 | - | 2,260.00 | 8,004.79 |
| N2 interTouch Jap | - | 2,334.00 | 2,070.73 | 9,050.63 | 12,087.00 | - | 8,722.55 | 1,146.89 | 6,456.74 | 41,868.54 |
| N4 interTouch Co. | 5,753.00 | 15,177.00 | 2,204.30 | - | 13,679.00 | 5,858.25 | 11,874.22 | 12,442.96 | 3,821.00 | 70,809.73 |
| P4 interTouch Au | - | - | - | 390.00 | (390.00) | - | - | - | - | - |
| P7 interTouch Aus | 1,587.00 | 6,634.00 | 26,544.81 | 9,804.00 | 2,170.00 | 480.00 | 1,514.28 | 5,117.00 | 5,505.00 | 59,356.09 |
| P8 interTouch (Ne | - | - | - | - | 1,570.00 | - | - | - | - | 1,570.00 |
| Q7 Quadriga Franc | - | - | - | - | 3,892.00 | - | - | - | - | 3,892.00 |
| S2 interTouch Pte | 7,389.00 | 2,871.89 | 900.77 | 2,455.75 | 560.00 | - | 5,381.00 | 4,666.56 | 1,928.59 | 26,153.56 |
| S5 PT MagiNet Ind | - | 1,890.00 | - | 545.29 | 521.07 | - | 745.64 | - | - | 3,702.00 |
| S6 inter-Touch (M | 560.00 | - | 3,683.00 | 527.84 | - | - | - | - | - | 4,770.84 |
| Nomadix Patent Royalties (royalty on "future licenses") | | | | | | | | | | |
| 00 Default | 15,386.81 | 5,888.05 | 100,000.00 | - | 9,836.24 | 100,000.00 | - | 2,434.81 | 100,000.00 | 333,545.91 |
| Alloc8 - Platform | | | | | | | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00 Default | | 16,944.00 | 8,948.00 | 24,918.00 | 13,546.00 | 37,317.39 | 12,970.00 | 15,324.00 | 16,820.00 | 25,918.00 | 172,705.39 |
| G2 inter-touch So | | - | - | - | - | 948.00 | - | - | - | - | 948.00 |
| G3 interTouch Com | | - | - | 5,098.00 | - | - | - | - | - | - | 5,098.00 |
| I1 DOCOMO interTo | | - | 1,524.00 | - | - | - | - | - | - | - | 1,524.00 |
| M6 interTouch MEN | | 1,174.00 | 1,524.00 | - | - | - | - | - | - | - | 2,698.00 |
| Q7 Quadriga Franc | | - | - | - | - | - | 1,524.00 | - | - | - | 1,524.00 |
| Alloc8 - License & Support | | | | | | | | | | | |
| 00 Default | | 14,321.83 | 12,255.19 | 14,002.81 | 15,925.36 | 14,147.35 | 15,593.47 | 17,341.70 | 14,512.63 | 12,388.61 | 130,488.95 |
| G2 inter-touch So | | - | - | - | - | 2,189.00 | - | - | - | - | 2,189.00 |
| G3 interTouch Com | | - | - | 3,226.00 | 1,152.00 | - | - | - | - | - | 4,378.00 |
| I1 DOCOMO interTo | | - | 2,189.00 | - | - | - | - | - | - | - | 2,189.00 |
| M6 interTouch MEN | | 2,189.00 | 2,189.00 | - | - | - | - | - | - | - | 4,378.00 |
| Q7 Quadriga Franc | | - | - | - | - | - | 1,613.00 | - | - | - | 1,613.00 |
| Subtotal | | 1,034,721.44 | 1,328,731.02 | 1,452,471.90 | 1,331,299.45 | 1,275,533.27 | 1,610,948.99 | 876,026.49 | 1,264,977.86 | 1,297,197.08 | 11,471,907.50 |
| | | | | | | | | | | | |
| **Wi-Fi Revenue (W01)** | | | | | | | | | | | |
| | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| TOTAL REVENUE | | 1,034,721.44 | 1,328,731.02 | 1,452,471.90 | 1,331,299.45 | 1,275,533.27 | 1,610,948.99 | 876,026.49 | 1,264,977.86 | 1,297,197.08 | 11,471,907.50 |
| | | | | | | | | | | | |
| **DIRECT COST** | | | | | | | | | | | |
| **Internet Use Direct Cost** | | | | | | | | | | | |
| HSIA Guest Room Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Non Guest Room Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Business Centre Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Corporate (DSF Hotels) Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Corporate (RS Hotels) Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Loyalty (DSF Hotels) Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| HSIA Loyalty (RS Hotels) Direct Cost_Hotel Commission | | - | - | - | - | - | - | - | - | - | - |
| ISP & Telecom Link charges | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Multimedia Direct Cost** | | | | | | | | | | | |
| Multimedia Movie Direct Cost_Hotel/Other Commission | | - | - | - | - | - | - | - | - | - | - |
| Content Cost- Movie Royalty & Localization | | - | - | - | - | - | - | - | - | - | - |
| Movie Censorship & Decode | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Wi-Fi Cost (W01)** | | | | | | | | | | | |
| Wi-Fi (W01) | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | |
| **Maintenance and Other Direct Cost** | | | | | | | | | | | |
| In Room Material - Collaterals & Spares | | - | - | - | - | - | - | - | - | - | - |
| System Parts and Maintenance | | - | - | - | - | - | - | - | - | - | - |
| External Technical Support | | - | - | - | - | - | - | - | - | - | - |
| Prepaid / Wireless Card | | - | - | - | - | - | - | - | - | - | - |
| Roaming Rebates | | - | - | - | - | - | - | - | - | - | - |
| Decommission Expense | | - | - | - | - | - | - | - | - | - | - |
| Sales and Business Taxes | | - | - | - | - | - | - | - | - | - | - |
| Other Direct Cost | | | | | | | | | | | |
| 000 General Overh 50007 US United States   00 Default | | (145.67) | 1,421.45 | 7.37 | (15.46) | - | (92.90) | 132.89 | (289.85) | 5,986.61 | 7,004.44 |
| Subtotal | | (145.67) | 1,421.45 | 7.37 | (15.46) | - | (92.90) | 132.89 | (289.85) | 5,986.61 | 7,004.44 |

**Capital Sale Cost**
Cost of Equipment Sale

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00 Default | 210,009.30 | 265,017.78 | 281,369.00 | 350,695.65 | 216,960.13 | 431,355.09 | 159,075.31 | 354,786.29 | 328,930.14 | 2,598,198.69 |
| A5 DCMIT Mexico S | 1,734.48 | 3,372.00 | 1,686.00 | - | - | - | 3,472.00 | - | - | 10,264.48 |
| C5 interTouch Phi | - | - | 843.00 | - | - | - | - | - | 868.00 | 1,711.00 |
| C7 interTouch (Th | 867.24 | 5,058.00 | - | - | 868.00 | 1,736.00 | 1,736.00 | 1,736.00 | 1,736.00 | 13,737.24 |
| G1 May Shyh Corpo | - | - | - | - | - | 3,472.00 | - | 1,736.00 | - | 5,208.00 |
| G2 inter-touch So | - | - | 16,860.00 | - | 38,054.10 | 17,360.00 | - | 8,680.00 | - | 80,954.10 |
| G3 interTouch Com | - | 843.00 | 2,416.19 | - | - | - | - | 868.00 | 868.00 | 4,995.19 |
| I1 DOCOMO interTo | - | 2,303.38 | - | - | - | - | - | - | - | 2,303.38 |
| M6 interTouch MEN | 1,597.43 | 13,375.19 | - | - | - | - | 5,208.00 | - | - | 20,180.62 |
| N2 interTouch Jap | - | 700.64 | - | 1,686.00 | 2,604.00 | - | 1,736.00 | - | 1,587.36 | 8,314.00 |
| N4 interTouch Co. | 867.24 | 2,529.00 | - | - | 2,604.00 | - | 1,736.00 | - | 868.00 | 8,604.24 |
| P7 interTouch Aus | 350.32 | 1,686.00 | 5,647.92 | 1,686.00 | 385.21 | - | 868.00 | 868.00 | 868.00 | 12,359.45 |
| P8 interTouch (Ne | - | - | - | - | 385.21 | - | - | - | - | 385.21 |
| Q7 Quadriga Franc | - | - | - | - | 770.42 | 870.36 | - | - | - | 1,640.78 |
| S2 interTouch Pte | 867.24 | - | - | - | - | - | - | 868.00 | 868.00 | 2,603.24 |
| S6 inter-Touch (M | - | - | 843.00 | - | - | - | - | - | - | 843.00 |

Other Commission
Other Direct Cost

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00 Default | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 2,083.33 | 18,749.97 |
| Subtotal | 218,376.58 | 296,968.32 | 311,748.44 | 356,150.98 | 264,714.40 | 456,876.78 | 176,782.64 | 371,625.62 | 337,808.83 | 2,791,052.59 |
| Subtotal | - | - | - | - | - | - | - | - | - | - |
| TOTAL DIRECT COST | 218,230.91 | 298,389.77 | 311,755.81 | 356,135.52 | 264,714.40 | 456,783.88 | 176,915.53 | 371,335.77 | 343,795.44 | 2,798,057.03 |

**INDIRECT COST**
Allocated Helpdesk Cost

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL INDIRECT COST | | | | | | | | | | |
| TOTAL DIRECT AND INDIRECT COSTS | 218,230.91 | 298,389.77 | 311,755.81 | 356,135.52 | 264,714.40 | 456,783.88 | 176,915.53 | 371,335.77 | 343,795.44 | 2,798,057.03 |
| GROSS PROFIT | 816,490.53 | 1,030,341.25 | 1,140,716.09 | 975,163.93 | 1,010,818.87 | 1,154,165.11 | 699,110.96 | 893,642.09 | 953,401.64 | 8,673,850.47 |

**OTHER INCOME**
Other Non Trade Income

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh    US United States    00 Default | 316.96 | 316.96 | 316.96 | 316.96 | 296.81 | 296.81 | 296.81 | 296.81 | 287.52 | 2,742.60 |
| TOTAL OTHER INCOME | 316.96 | 316.96 | 316.96 | 316.96 | 296.81 | 296.81 | 296.81 | 296.81 | 287.52 | 2,742.60 |

**OPERATING EXPENSES**
PROFESSIONAL FEES AND INSURANCE
GOVERNANCE
Tax Planning & Tax Advice Fees

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 Finance - Reg    US United States | 3,598.33 | 3,598.33 | 3,598.33 | 3,083.33 | 3,083.33 | 8,083.33 | 3,083.33 | 3,270.83 | 3,270.83 | 34,669.97 |

Accounting Service Fees

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 Finance - Reg    US United States | - | - | - | - | - | - | - | - | 912.00 | 912.00 |

Payroll Service Fees

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 239 Human Resourc    US United States | 10,464.07 | 9,405.53 | 11,056.71 | 9,980.15 | 10,762.36 | 9,970.43 | 10,650.92 | 3,479.45 | 2,158.33 | 77,927.95 |

Other Professional & Consultancy Fees

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 222 Finance - Reg    US United States | 356.00 | - | - | - | - | - | - | - | - | 356.00 |
| Subtotal | 14,418.40 | 13,003.86 | 14,655.04 | 13,063.48 | 13,845.69 | 18,053.76 | 13,734.25 | 6,750.28 | 6,341.16 | 113,865.92 |

LEGAL- LITIGATION AND NON LITIGATION

**Legal Fees**

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | - | (990.25) | - | 1,352.00 | 3,100.00 | - | 100.00 | 4,035.15 | 5,326.25 | 12,923.15 |
| 121 Corporate US United States | 221,354.68 | 286,819.55 | 365,227.58 | 239,519.96 | 251,872.24 | 206,906.13 | 57,295.57 | 283,125.64 | 51,271.15 | 1,963,392.50 |
| Subtotal | 221,354.68 | 285,829.30 | 365,227.58 | 240,871.96 | 254,972.24 | 206,906.13 | 57,395.57 | 287,160.79 | 56,597.40 | 1,976,315.65 |

**CONSULTANCY**

Other Professional & Consultancy Fees

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 224 Sales- Region US United States | - | - | - | 1,853.25 | 1,007.74 | 765.00 | - | - | - | 3,625.99 |
| Subtotal | | | | 1,853.25 | 1,007.74 | 765.00 | | | | 3,625.99 |

**INSURANCE**

Commercial Insurance

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 2,841.58 | 1,354.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 24,087.22 |
| Subtotal | 2,841.58 | 1,354.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 2,841.58 | 24,087.22 |
| TOTAL PROFESSIONAL FEES AND INSURANCE | 238,614.66 | 300,187.74 | 382,724.20 | 258,630.27 | 272,667.25 | 228,566.47 | 73,971.40 | 296,752.65 | 65,780.14 | 2,117,894.78 |

**PROGRAM AND MARKETING**

Trade Shows

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 224 Sales- Region US United States | 5,776.26 | 2,891.45 | 13,423.89 | 19,032.94 | 9,095.00 | 88,670.79 | 10,369.70 | 10,599.74 | 3,495.00 | 163,354.77 |

Membership & Subscription

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 121 Corporate US United States | - | - | - | - | 4,500.00 | - | - | - | - | 4,500.00 |
| 147 Nomadix R&D US United States | - | - | - | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | 2,583.33 | 15,499.98 |
| 223 Operation - R US United States | - | - | - | - | 40.00 | - | - | - | - | 40.00 |
| TOTAL PROGRAM AND MARKETING | 5,776.26 | 2,891.45 | 13,423.89 | 21,616.27 | 16,218.33 | 91,254.12 | 12,953.03 | 13,183.07 | 6,078.33 | 183,394.75 |

**OFFICE OVERHEADS**

OCCUPANCY COSTS

Rental - Office & External Warehouse

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 19,411.00 | 19,411.00 | 19,411.00 | 19,411.00 | 19,411.00 | 19,411.00 | 19,459.00 | 19,459.00 | 19,459.00 | 174,843.00 |

Water & Electricity

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 2,439.77 | 2,265.50 | 1,908.36 | 1,699.20 | 1,933.14 | 6,385.94 | 616.86 | 1,846.20 | 1,987.74 | 21,082.71 |

Office Cleaning & Security

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 985.50 | 965.45 | 813.00 | 735.41 | 897.97 | 1,033.67 | 819.67 | (265.83) | 165.78 | 6,150.62 |
| Subtotal | 22,836.27 | 22,641.95 | 22,132.36 | 21,845.61 | 22,242.11 | 26,830.61 | 20,895.53 | 21,039.37 | 21,612.52 | 202,076.33 |

**OFFICE RUNNING COSTS**

Office Supplies

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 2,370.16 | 1,980.72 | 2,120.28 | 2,879.13 | 3,383.10 | 2,362.58 | 2,665.87 | 2,341.41 | 2,272.42 | 22,375.67 |

Postage & Courier

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 3,872.27 | 6,162.71 | 6,544.93 | 5,390.68 | 5,587.97 | 9,944.60 | 7,217.97 | 7,206.68 | 4,084.91 | 56,012.72 |

Repairs & Maintenance - Equipments

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 77.86 | 157.51 | 71.46 | 109.13 | 162.18 | 132.05 | 139.76 | 100.40 | 53.46 | 1,003.81 |
| 147 Nomadix R&D US United States | - | 400.61 | - | - | - | - | - | - | - | 400.61 |

Repairs & Maintenance - Office

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | 2,590.31 | 1,786.26 | 1,786.26 | 1,786.26 | 2,188.76 | 17,193.58 | 1,786.26 | 1,786.26 | 1,786.26 | 32,690.21 |

Equipment Rental / Operating Lease Expense

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | - | - | 141.65 | - | - | - | - | 141.65 | - | 424.95 |

Equipment & Software Expensed

| Account | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh US United States | - | - | - | - | - | 697.50 | 697.50 | 292.68 | (1,687.68) | |
| 147 Nomadix R&D US United States | 2,624.77 | 1,600.82 | 1,313.95 | 1,390.67 | 2,348.32 | 1,747.12 | 898.41 | 2,172.69 | 2,203.75 | 16,300.50 |
| 223 Operation - R US United States | 1,775.62 | (27.44) | 531.45 | 96.53 | - | 347.93 | 343.70 | 21.55 | - | 3,089.34 |
| 224 Sales- Region US United States | - | - | 61.45 | 1.43 | - | - | 235.32 | 172.27 | - | 470.47 |
| 244 Regional Mana US United States | 49.99 | 109.62 | - | - | - | - | - | - | - | 159.61 |
| Subtotal | 13,360.98 | 12,170.81 | 12,571.43 | 11,653.83 | 13,670.33 | 32,425.36 | 14,126.44 | 14,093.94 | 8,854.77 | 132,927.89 |

**TELECOMMUNICATIONS**

Telecommunication & Office Lease Line

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 000 General Overh | US United States | 5,266.25 | 5,301.67 | 5,303.09 | 5,254.59 | 5,395.10 | 5,391.04 | 5,182.28 | 5,204.72 | 5,191.40 | 47,490.14 |
| 121 Corporate | US United States | 87.49 | 85.39 | 64.45 | 43.74 | - | 85.95 | - | - | 144.41 | 511.43 |
| 147 Nomadix R&D | US United States | 147.00 | 147.00 | 147.00 | 252.17 | 147.00 | 147.00 | 152.00 | 147.00 | 147.00 | 1,433.17 |
| 223 Operation - R | US United States | 223.65 | 219.15 | 210.23 | 223.18 | 189.85 | 211.80 | 141.64 | 280.25 | 206.54 | 1,906.29 |
| 224 Sales-Region | US United States | 212.62 | 885.18 | 646.52 | 195.73 | 849.06 | 992.73 | 347.72 | 936.63 | 184.43 | 5,250.62 |
| 244 Regional Mana | US United States | 794.19 | 115.00 | 242.99 | 469.23 | - | 382.81 | - | 402.73 | 192.34 | 2,599.29 |
| | Subtotal | 6,731.20 | 6,753.39 | 6,614.28 | 6,438.64 | 6,581.01 | 7,211.33 | 5,823.64 | 6,971.33 | 6,066.12 | 59,190.94 |
| | TOTAL OFFICE OVERHEADS | 42,928.45 | 41,566.15 | 41,318.07 | 39,938.08 | 42,493.45 | 66,467.30 | 40,845.61 | 42,104.64 | 36,533.41 | 394,195.16 |

**EMPLOYMENT RELATED COST**

Salary & Wages

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 121 Corporate | US United States | 9,692.29 | 6,923.07 | 10,153.84 | 9,692.30 | 10,615.37 | 9,692.30 | 7,846.15 | 9,230.74 | 9,230.76 | 83,076.82 |
| 147 Nomadix R&D | US United States | 143,040.12 | 141,091.29 | 144,868.06 | 146,195.01 | 164,013.20 | 146,080.85 | 138,676.48 | 158,466.20 | 136,792.00 | 1,319,223.21 |
| 222 Finance - Reg | US United States | 7,843.35 | 13,924.54 | 15,028.21 | 13,882.06 | 16,174.36 | 14,551.29 | 13,535.90 | 15,416.67 | 12,970.51 | 123,326.89 |
| 223 Operation - R | US United States | 45,386.98 | 44,120.81 | 44,721.92 | 46,891.79 | 48,354.36 | 43,422.26 | 44,124.37 | 43,110.30 | 40,268.64 | 400,401.43 |
| 224 Sales-Region | US United States | 23,717.47 | 23,092.01 | 24,048.51 | 24,255.03 | 26,368.62 | 26,918.29 | 25,862.33 | 27,941.06 | 25,858.70 | 228,062.02 |
| 237 Account Manag | US United States | 9,935.15 | 9,421.65 | 6,519.26 | 6,057.70 | 6,634.63 | 5,629.54 | 7,333.71 | 9,537.71 | 8,394.61 | 69,463.96 |
| 244 Regional Mana | US United States | 14,711.55 | 16,442.32 | 16,442.32 | 16,442.32 | 18,173.09 | 16,442.32 | 12,980.79 | 11,250.01 | 17,307.70 | 140,192.42 |
| | Subtotal | 254,326.91 | 255,015.69 | 261,782.12 | 263,416.21 | 290,333.63 | 262,736.85 | 250,359.73 | 274,952.69 | 250,822.92 | 2,363,746.75 |
| | Subtotal | - | - | - | - | - | - | - | - | - | - |

Sales Commission & Bonus

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 147 Nomadix R&D | US United States | - | - | 12,558.03 | - | - | 11,482.59 | - | - | 7,997.69 | 32,038.31 |
| 223 Operation - R | US United States | 215.21 | - | 34,027.83 | 237.55 | - | 36,576.39 | - | - | 25,326.89 | 96,383.87 |
| 224 Sales-Region | US United States | - | - | 36,980.81 | 384.95 | - | 36,480.57 | - | - | 29,204.26 | 103,050.59 |
| 237 Account Manag | US United States | - | - | 3,839.50 | - | - | 3,096.71 | - | - | 2,965.81 | 9,902.02 |
| 244 Regional Mana | US United States | - | - | 42,357.53 | - | - | 31,980.48 | - | - | 21,208.82 | 95,546.83 |
| | Subtotal | 215.21 | - | 129,763.70 | 622.50 | - | 119,616.74 | - | - | 86,703.47 | 336,921.62 |

Annual Leave

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 121 Corporate | US United States | 827.11 | 451.08 | 759.19 | 588.15 | 515.66 | 552.33 | 518.88 | 806.63 | 474.60 | 5,493.63 |
| 147 Nomadix R&D | US United States | 13,797.51 | 10,290.97 | 15,546.07 | 11,790.46 | 9,951.36 | 10,605.41 | 11,196.96 | 19,581.76 | 10,665.86 | 113,426.42 |
| 222 Finance - Reg | US United States | 1,315.56 | 874.81 | 1,487.90 | 978.09 | 767.86 | 808.29 | 901.54 | 1,765.69 | 829.80 | 9,729.54 |
| 223 Operation - R | US United States | 4,803.53 | 2,825.46 | 4,301.11 | 3,099.87 | 2,576.80 | 2,586.61 | 2,936.45 | 4,192.62 | 2,431.76 | 29,754.21 |
| 224 Sales-Region | US United States | 2,463.79 | 2,533.62 | 1,528.58 | 3,368.41 | 1,891.77 | 1,969.92 | 2,100.79 | 3,350.38 | 1,807.68 | 21,014.94 |
| 237 Account Manag | US United States | 495.57 | 390.09 | 478.88 | 334.11 | 294.97 | 236.66 | 164.70 | 317.63 | 195.60 | 2,908.21 |
| 244 Regional Mana | US United States | (99.04) | 3,234.98 | 5,224.75 | 3,364.66 | 4,159.65 | 773.67 | 1,258.18 | (2,496.85) | 2,038.14 | 17,458.14 |
| | Subtotal | 23,604.09 | 20,601.01 | 29,326.48 | 23,523.75 | 20,158.07 | 17,532.89 | 19,077.50 | 27,517.86 | 18,443.44 | 199,785.09 |

Employers' Tax

| | | | | | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| 121 Corporate | US United States | 1,716.21 | 878.99 | 716.75 | 741.45 | 812.06 | 741.45 | 776.75 | 957.01 | 796.71 | 8,137.38 |
| 147 Nomadix R&D | US United States | 25,936.10 | 8,908.77 | 12,172.82 | 12,530.11 | 12,812.98 | 11,698.81 | 13,159.28 | 16,395.63 | 10,086.75 | 123,701.25 |
| 222 Finance - Reg | US United States | 2,169.38 | 1,500.56 | 1,169.17 | 1,063.19 | 1,204.42 | 1,063.19 | 1,133.80 | 1,799.40 | 1,133.56 | 12,235.67 |
| 223 Operation - R | US United States | 11,088.38 | 2,351.99 | 3,627.32 | 6,083.40 | 4,293.42 | 3,518.34 | 5,771.94 | 5,347.16 | 3,638.28 | 45,720.23 |
| 224 Sales-Region | US United States | 6,122.27 | 897.76 | 2,015.51 | 3,736.54 | 2,001.80 | 2,451.93 | 3,175.49 | 1,772.61 | 1,392.12 | 23,566.03 |
| 237 Account Manag | US United States | 2,512.43 | 608.13 | 586.56 | 723.80 | 507.56 | 599.52 | 952.41 | 1,060.71 | 793.23 | 8,344.35 |
| 244 Regional Mana | US United States | 4,737.78 | 808.84 | 1,456.44 | 3,633.91 | 288.60 | 263.51 | 739.78 | 533.60 | 250.96 | 12,713.42 |
| | Subtotal | 54,282.55 | 15,955.04 | 21,744.57 | 28,512.40 | 21,920.84 | 20,336.75 | 25,709.45 | 27,866.12 | 18,090.61 | 234,418.33 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| **Contractors / Temp Staffs** | | | | | | | | | | | |
| 223 Operation - R | US United States | 18,224.28 | 18,010.28 | 17,813.85 | 18,144.16 | 17,450.34 | 17,193.90 | 16,822.18 | 17,578.95 | 17,039.74 | 158,277.68 |
| 224 Sales - Region | US United States | 19,383.38 | 19,433.13 | 19,502.54 | 19,306.79 | 18,849.24 | 18,635.63 | 15,936.33 | 21,235.58 | 18,400.06 | 170,682.68 |
| 237 Account Manag | US United States | | 5,544.00 | 5,280.00 | 5,214.00 | 6,270.00 | 4,406.50 | | | | 26,714.50 |
| Subtotal | | 37,607.66 | 42,987.41 | 42,596.39 | 42,664.95 | 42,569.58 | 40,236.03 | 32,758.51 | 38,814.53 | 35,439.80 | 355,674.86 |
| Subtotal | | | | | | | | | | | |
| **Staff Allowances** | | | | | | | | | | | |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| **Staff Benefits** | | | | | | | | | | | |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| **Internal Seminar & Conference** | | | | | | | | | | | |
| 244 Regional Mana | US United States | - | 4,949.06 | - | - | - | - | - | - | - | 4,949.06 |
| Subtotal | | - | 4,949.06 | - | - | - | - | - | - | - | 4,949.06 |
| **Medical / Dental** | | | | | | | | | | | |
| 222 Finance - Reg | US United States | - | - | - | 144.24 | 1,296.68 | (1,440.92) | - | - | - | - |
| 237 Account Manag | US United States | - | - | - | - | - | - | - | - | - | - |
| 239 Human Resourc | US United States | 32,580.90 | 28,998.95 | 32,783.60 | 32,703.69 | 33,215.82 | 35,240.88 | 35,923.05 | 85,650.66 | 38,550.60 | 355,648.15 |
| Subtotal | | 32,580.90 | 28,998.95 | 32,783.60 | 32,847.93 | 34,512.50 | 33,799.96 | 35,923.05 | 85,650.66 | 38,550.60 | 355,648.15 |
| Subtotal | | - | - | - | - | - | - | - | - | - | - |
| **Other Staff Cost** | | | | | | | | | | | |
| **Staff Recruitment** | | | | | | | | | | | |
| 147 Nomadix R&D | US United States | 467.49 | - | - | 660.99 | 15.24 | - | 104.78 | 494.10 | - | 1,742.60 |
| 222 Finance - Reg | US United States | 647.48 | 246.00 | - | - | - | - | - | - | - | 893.48 |
| 223 Operation - R | US United States | - | 177.11 | 385.68 | 160.39 | 384.50 | - | - | - | - | 1,107.68 |
| 224 Sales - Region | US United States | - | - | - | - | - | 160.50 | 877.00 | - | - | 1,037.50 |
| 237 Account Manag | US United States | - | 180.00 | - | - | - | - | - | - | - | 180.00 |
| Subtotal | | 1,114.97 | 603.11 | 385.68 | 821.38 | 399.74 | 160.50 | 981.78 | 494.10 | - | 4,961.26 |
| **TOTAL EMPLOYMENT RELATED COST** | | 403,732.29 | 369,110.27 | 518,382.54 | 392,409.12 | 409,894.36 | 494,419.72 | 364,810.02 | 455,295.96 | 448,050.84 | 3,856,105.12 |

**TRAVEL AND ENTERTAINMENT**

Travel - Local - Transport

| Account | Name | Location | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 Nomadix R&D | US United States | | - | - | 788.96 | - | 784.97 | 1,695.15 | 491.52 | - | - | 3,760.60 |
| 223 Operation - R | US United States | | 154.11 | 78.00 | 79.87 | 305.18 | 1,506.04 | 2,463.21 | - | 465.60 | - | 5,052.01 |
| 224 Sales- Region | US United States | | 559.60 | 637.65 | 880.33 | - | 2,027.40 | 1,756.10 | - | - | - | 5,861.08 |
| 244 Regional Mana | US United States | | 554.40 | 189.58 | - | - | - | 559.96 | - | 20.00 | - | 1,323.94 |

Travel - International - Transport

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 Corporate | US United States | | - | - | - | 970.38 | - | - | - | - | - | 970.38 |
| 147 Nomadix R&D | US United States | | - | - | - | 3,853.36 | - | - | 2,025.06 | - | - | 5,878.42 |
| 223 Operation - R | US United States | | 1,621.77 | 1,189.22 | 690.03 | 1,527.68 | 81.45 | 3,690.82 | 1,635.53 | 458.32 | 261.46 | 11,156.28 |
| 224 Sales- Region | US United States | | 747.78 | 3,268.92 | 1,929.61 | 8,714.89 | 1,953.16 | 1,422.41 | 1,321.72 | (75.42) | 228.34 | 19,511.41 |
| 244 Regional Mana | US United States | | 5,669.92 | 31.18 | 4,320.48 | 585.65 | 9,281.10 | 361.39 | - | - | - | 20,249.72 |

Travel - Local - Accomodation

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 Nomadix R&D | US United States | | - | - | 753.03 | - | 561.84 | 3,233.30 | 194.02 | - | 561.56 | 5,303.75 |
| 223 Operation - R | US United States | | - | 570.82 | - | - | 940.30 | 3,087.65 | - | - | - | 4,598.77 |
| 224 Sales- Region | US United States | | - | 1,728.57 | 2,439.15 | - | 1,522.10 | 3,391.21 | - | - | - | 9,081.03 |
| 244 Regional Mana | US United States | | 755.30 | 477.25 | - | - | - | 1,210.95 | - | - | - | 2,443.50 |

Travel - International - Accomodation

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 Corporate | US United States | | - | - | - | 719.96 | - | - | - | - | - | 719.96 |
| 147 Nomadix R&D | US United States | | - | - | - | 1,414.16 | - | - | 1,031.03 | - | - | 2,445.19 |
| 223 Operation - R | US United States | | - | 3,649.66 | 880.98 | 981.57 | 21.62 | 228.88 | 1,349.89 | 642.32 | 99.66 | 7,854.58 |
| 224 Sales- Region | US United States | | - | 3,819.04 | 1,737.03 | 3,448.48 | 1,070.95 | 1,980.26 | 1,174.86 | 186.90 | 99.66 | 13,517.18 |
| 244 Regional Mana | US United States | | 315.72 | - | 5,039.61 | 1,867.24 | 2,833.59 | 1,259.65 | - | - | - | 11,315.81 |
| | | **Subtotal** | 10,378.60 | 15,639.89 | 19,539.08 | 24,388.55 | 22,584.52 | 26,340.94 | 9,223.63 | 1,697.72 | 1,250.68 | 131,043.61 |

**Entertainment**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 121 Corporate | US United States | | - | - | - | 67.76 | - | - | - | - | - | 67.76 |
| 147 Nomadix R&D | US United States | | - | 266.30 | 318.38 | 311.77 | 153.11 | 449.07 | 175.14 | - | - | 2,056.15 |
| 223 Operation - R | US United States | | - | - | 960.45 | 311.77 | 17.63 | 425.78 | 305.71 | 52.64 | 17.93 | 1,398.20 |
| 224 Sales- Region | US United States | | 125.00 | 1,658.30 | 3,681.58 | 1,739.72 | 2,006.33 | 1,616.67 | 440.57 | 1,279.85 | 7.39 | 12,555.41 |
| 244 Regional Mana | US United States | | 91.52 | 768.72 | 1,663.70 | 3,783.86 | 1,350.37 | 417.67 | - | 102.00 | - | 8,177.84 |
| | | **Subtotal** | 216.52 | 2,693.32 | 6,306.17 | 6,221.49 | 3,527.44 | 2,909.19 | 921.42 | 1,434.49 | 25.32 | 24,255.36 |

**Automobile Expense**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 147 Nomadix R&D | US United States | | - | - | 223.45 | - | - | 49.05 | 54.00 | - | - | 326.50 |
| 223 Operation - R | US United States | | - | 24.03 | - | - | 23.34 | 186.50 | - | - | - | 233.87 |
| 224 Sales- Region | US United States | | - | - | 174.40 | - | 88.29 | 118.81 | - | 46.87 | - | 428.37 |
| 244 Regional Mana | US United States | | 5.99 | 91.57 | - | - | - | 114.37 | - | 75.76 | - | 287.69 |
| | | **Subtotal** | 5.99 | 115.60 | 397.85 | - | 111.63 | 468.73 | 54.00 | 122.63 | - | 1,276.43 |
| | **TOTAL TRAVEL AND ENTERTAINMENT** | | 10,601.11 | 18,448.81 | 26,243.10 | 30,610.04 | 26,223.59 | 29,718.86 | 10,199.05 | 3,254.84 | 1,276.00 | 156,575.40 |

**BAD AND DOUBTFUL DEBTS**

Penny Difference

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh | US United States | | - | - | - | - | (0.54) | (0.48) | - | 0.24 | - | (0.78) |

Provision for Doubtful Debts

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh | US United States | 00 Default | - | - | - | - | - | - | - | 2,491.50 | 36,699.50 | 39,191.00 |
| | **TOTAL BAD AND DOUBTFUL DEBTS** | | - | - | - | - | (0.54) | (0.48) | - | 2,491.74 | 36,699.50 | 39,190.22 |

**STOCK OBSOLESCENCE**

Provision for Stocks Obsolescence

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000 General Overh | US United States | | 1,480.36 | (30,797.78) | 1,041.32 | 19.47 | 11,781.84 | (981.82) | (280.53) | (62,711.70) | (51.96) | (80,500.80) |
| | **TOTAL STOCK OBSOLESCENCE** | | 1,480.36 | (30,797.78) | 1,041.32 | 19.47 | 11,781.84 | (981.82) | (280.53) | (62,711.70) | (51.96) | (80,500.80) |

**PROVISION FOR INTERCO LOANS AND INVESTMENTS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL PROVISION FOR INTERCO LOANS AND INVESTMENTS | | | - | - | - | - | - | - | - | - | - | - |

**FINANCE CHARGES & INCOME**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bank Charges | | | | | | | | | | | |
| 000 General Overh | US United States | | 1,120.23 | 988.43 | 947.96 | 883.95 | 1,183.29 | 919.98 | 810.10 | 808.71 | 696.76 | 8,359.41 |
| Bank Interest Income | | | | | | | | | | | |
| 000 General Overh | US United States | | - | - | - | - | - | - | - | - | 174.79 | 174.79 |
| Interco Interest Income | | | | | | | | | | | |
| 000 General Overh | US United States | A7 interTouch Hol | (19,604.15) | (19,093.66) | (22,910.87) | (24,010.48) | (25,830.05) | (26,994.63) | (29,023.47) | (29,515.40) | (29,515.40) | (226,498.11) |
| 000 General Overh | US United States | A8 The SmarTV Com | (708.93) | (690.47) | (828.51) | (867.91) | (922.47) | (958.84) | (1,007.88) | (1,024.96) | (1,024.96) | (8,034.93) |
| 000 General Overh | US United States | Q2 Quadriga Holdi | (6,815.75) | (6,156.16) | (6,815.75) | (6,595.89) | (6,815.75) | (6,595.89) | (6,815.75) | (6,815.75) | (6,595.89) | (60,022.58) |
| Interco Loan Interest Expense | | | | | | | | | | | |
| 000 General Overh | US United States | A3 Intertouch (US | 281.97 | 274.63 | 329.53 | 345.21 | 366.90 | 381.37 | 524.54 | 878.81 | 777.53 | 4,160.49 |
| NET FINANCE CHARGES/INCOME | | | (25,726.63) | (24,677.23) | (29,277.64) | (30,245.12) | (32,018.08) | (33,248.01) | (35,512.46) | (35,668.59) | (35,487.17) | (281,860.93) |

**OTHER MISCELLANEOUS**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes & Dues (Stamp Duties, Property Tax, Govt Levies) | | | | | | | | | | | |
| 000 General Overh | US United States | | 2,128.72 | 963.72 | 177.72 | 4,230.77 | 177.72 | 177.72 | 199.20 | 209.20 | 2,354.56 | 10,619.33 |
| Misc Charges | | | | | | | | | | | |
| 000 General Overh | US United States | | - | - | - | - | - | - | - | 55.03 | 61.23 | 116.26 |
| 222 Finance - Reg | US United States | | - | - | - | - | - | - | - | 15.00 | - | 15.00 |
| 224 Sales-Region | US United States | | - | - | - | - | - | 15.00 | - | - | 15.00 | 30.00 |
| 244 Regional Mana | US United States | | | | | | | | | | | |
| Software / System - Annual License | | | | | | | | | | | |
| 147 Nomadix R&D | US United States | | 14,430.07 | 15,103.53 | 14,429.91 | 14,429.91 | 14,429.95 | 14,482.93 | 16,124.26 | 15,494.26 | 15,494.26 | 134,419.08 |
| 223 Operation - R | US United States | | 5,160.00 | 5,342.36 | 5,342.36 | 5,342.36 | 5,342.32 | 5,573.48 | 5,573.48 | 5,573.48 | 5,573.48 | 48,823.32 |
| TOTAL OTHER MISCELLANEOUS | | | 21,718.79 | 21,409.61 | 19,949.99 | 24,003.04 | 19,949.99 | 20,249.13 | 21,896.94 | 21,346.97 | 23,498.53 | 194,022.99 |

**INTERCO SERVICES AND ROYALTIES**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HQ Recharges | | | | | | | | | | | |
| I03 Admin & Suppo | US United States | S2 interTouch Pte | - | - | - | 8,750.00 | - | - | 8,526.00 | - | - | 17,276.00 |
| TOTAL INTERCO SERVICES AND ROYALTIES | | | - | - | - | 8,750.00 | - | - | 8,526.00 | - | - | 17,276.00 |
| TOTAL OPERATING EXPENSES | | | 699,125.29 | 698,139.02 | 973,805.47 | 745,731.17 | 767,210.19 | 896,445.29 | 497,409.06 | 736,049.58 | 582,377.62 | 6,596,292.69 |
| TOTAL OPERATING PROFIT/LOSS BEFORE DEPRECIATION/TAXES | | | 117,682.20 | 332,519.19 | 167,227.58 | 229,749.72 | 243,905.49 | 258,016.63 | 201,998.71 | 157,889.32 | 371,311.54 | 2,080,300.38 |

**EXCHANGE DIFFERENCES**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL EXCHANGE DIFFERENCES | | | | | | | | | | | | |

**DEPRECIATION AND AMORTISATION**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Depreciation - Furniture & Fittings | | | | | | | | | | | |
| 000 General Overh | US United States | | - | - | - | - | - | 322.62 | 333.90 | 333.90 | 333.90 | 1,324.32 |
| Depreciation - Office & Other Equipment | | | | | | | | | | | |
| 000 General Overh | US United States | | 848.56 | 848.56 | 848.56 | 848.56 | 848.56 | 848.56 | 848.56 | 848.55 | 821.78 | 7,610.25 |
| Depreciation - Computer Equipment | | | | | | | | | | | |
| 000 General Overh | US United States | | 2,865.08 | 2,910.41 | 2,840.51 | 2,835.25 | 2,879.33 | 2,653.66 | 2,653.66 | 2,653.65 | 2,602.18 | 24,893.73 |
| 147 Nomadix R&D | US United States | | 2,602.31 | 2,602.31 | 2,602.31 | 2,602.32 | 2,220.25 | 2,220.25 | 2,220.25 | 2,220.25 | 2,220.25 | 21,510.50 |
| Depreciation - Leasehold Improvements | | | | | | | | | | | |
| 000 General Overh | US United States | | 840.52 | 840.52 | 840.52 | 840.52 | 840.52 | 840.52 | 840.52 | 840.52 | 840.52 | 7,564.68 |
| Amortisation - Intellectual Property | | | | | | | | | | | |
| 000 General Overh | US United States | | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | - | - | - | 60,000.00 |
| Net Book Value of Retired or Disposed Assets | | | | | | | | | | | |
| 000 General Overh | US United States | 00 Default | - | - | - | 1,047.68 | - | - | - | - | - | 1,047.68 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL DEPRECIATION AND AMORTISATION | 17,156.47 | 17,201.80 | 17,131.90 | 18,174.33 | 16,788.66 | 16,885.61 | 6,896.89 | 6,896.87 | 6,818.63 | 123,951.16 |
| **TAXES** | | | | | | | | | | |
| Corporate Taxes - Current Year | - | - | 250,000.00 | - | - | 125,000.00 | - | - | 150,000.00 | 525,000.00 |
| Corporate Taxes - Prior Year | - | - | 10,000.00 | 2,553.73 | - | - | - | - | - | 12,553.73 |
| Corporate Taxes - Deferred Taxes | - | - | - | - | - | - | - | - | - | - |
| TOTAL TAXES | - | - | 260,000.00 | 2,553.73 | - | 125,000.00 | - | - | 150,000.00 | 537,553.73 |
| MINORITY INTEREST | - | - | - | - | - | - | - | - | - | - |
| TOTAL PROFIT/LOSS AFTER DEPRECIATION/TAXES AND MINORITY INTEREST | 100,525.73 | 315,317.39 | (109,904.32) | 209,021.66 | 227,116.83 | 116,131.02 | 195,101.82 | 150,992.45 | 214,492.91 | 1,418,795.49 |
| should be pl | (100,525.73) | (315,317.39) | 109,904.32 | (209,021.66) | (227,116.83) | (116,131.02) | (195,101.82) | (150,992.45) | (214,492.91) | (1,418,795.49) |
| diff | - | - | - | - | - | - | - | - | - | - |

Debtor Name ___interTouch Holdings LLC_____

Case number_____18-12772 (BLS)_____

---

**Exhibit A-3: Statement of Cash Flows for** Nomadix, Inc., **for period ending 06/30/18**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**The structure of the controlled non-debtor entities is complex and involves foreign entities.  These entities prepare financial statements biannually.  The latest report (for the period ending in December 2018) will not be available until mid-January.  Once available, the Debtors will supplement this report.**

## Nomadix, Inc.
## Statement of Cash Flows
## Year to Date for the Period Ending 9/30/18

| | | |
|---|---|---:|
| Net Profit (Loss) | $ | 1,418,795 |
| | | |
| Operating activities, cash provided (used) in: | | |
| | | |
| Depreciation and amortization | $ | 106,595 |
| (Increase) decrease in accounts receivable | $ | 519,031 |
| (Increase) decrease in prepaid expenses | $ | (82,451) |
| (Increase) decrease in inventory | $ | (391,426) |
| (Increase) decrease in deferred expense | $ | (51,738) |
| Increase (decrease) in deferred revenue | $ | (125,895) |
| Increase (decrease) in accounts payable | $ | 1,408,881 |
| Increase (decrease) in other accrued liabilities | $ | (780,312) |
| | | |
| Cash provided (used) by operating activites | $ | 2,021,480 |
| | | |
| Investing activities, cash provided (used) in: | | |
| | | |
| Capital expenditures | $ | (33,300) |
| | | |
| Financing activities | $ | (701,945) |
| | | |
| Net increase (decrease) in cash | $ | 1,286,235 |
| | | |
| Cash beginning, 1/1/2018 | $ | 726,612 |
| | | |
| Cash ending, 9/30/18 | $ | 2,012,847 |

Debtor Name _____ interTouch Holdings LLC _____

Case number_____ 18-12772 (BLS) _____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for Nomadix, Inc.**
**for period ending** _____ anuar , _____

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Nomadix, Inc.
Statement of Shareholders Equity
for the year ended September 30,2018

| | Common stock | Preferred stock | Additional paid-in capital | Treasury stock | Retained earnings | Total |
|---|---|---|---|---|---|---|
| | | | USD | | | |
| Balance as at Jan-1-2018 | 1,714,169.29 | - | - | - | 16,069,676.72 | 17,783,846.01 |
| Issue of bonus shares | | | | | | - |
| Issue of new shares | | | | | | - |
| Net income | | | | | 1,418,795.49 | 1,418,795.49 |
| Transfer to capital reserve | | | | | | - |
| Dividends | | | | | | - |
| Share buyback | | | | | | - |
| Reversal of revaluation | | | | | | - |
| Balance as at Sep-30-2018 | 1,714,169.29 | - | - | - | 17,488,472.21 | 19,202,641.50 |

**interTouch Holdings, LLC.  18-12772 (BLS)**

**Exhibit B: Description of Operations for interTouch Pte. Ltd.**

Debtor owns 100% of Non-Debtor Entity, interTouch Pte. Ltd.

The source of this information is from interTouch management.

inter-touch commenced operations in Asia in 1998 and is a one of the leading providers of wired and wireless broadband connectivity, interactive entertainment, guest engagement technology and services to the hospitality industry.  interTouch Pte. Ltd., a Singapore company, is the holding company for the various national corporate entities owned and operated by interTouch.  interTouch operates from 31 offices delivering service to over 65 countries in Asia, Middle East, Africa, the United States and Central and Latin America.  interTouch supports more than 293,251 guest rooms including over 290,000 with High Speed Internet Access ("HSIA") and over 63,000 with Interactive Entertainment systems.   interTouch has over 580 employees.  interTouch's customer base is well diversified, with about 62% belonging to 6 major global hotel chains and the rest to a large number of smaller global and regional chains. This balance of services offers the stability and sales efficiency associated with large chains combined with the flexibility and organic growth potential of smaller chains and independents.

InterTouch product offerings include HSIA, interactive entertainment, guest engagement technology and services, interactive TV, digital signage, mobile applications, and the provision of entertainment content. Services are provided globally, across the Americas, Africa, Asia-Pacific, and the Middle East where interTouch has a deep understanding of local markets with local offices in core locations and a strong agency/distribution network where required/desired. interTouch provides a 'one stop shop' for global hotel brands and ownership groups for guest technology solutions. Key customers include Marriott, Hilton, Hyatt, Four Seasons, InterContinental Hotels, Accor and ClubMed Resorts.

interTouch's HSIA, IRE, Digital Signage and Mobility solutions allow hoteliers the ability to offer their guests technology equal to or better than what they have at home. Reliable and robust internet communications, seamless use by guests for all their devices, a wide selection of content, and even access to their own over-the-top (OTT) streaming internet entertainment accounts provide hotel's using interTouch's products and services with a superior guest experience.

interTouch provides 24x7x365 support to its customers through the interTouch's multi-lingual help desks and call centers located across the globe.

**interTouch Holdings, LLC.  18-12772 (BLS)**

**Exhibit B: Description of Operations for Nomadix, Inc**.

Debtor owns 100% of Non-Debtor Entity, Nomadix, Inc.

Nomadix Inc. ("Nomadix") was founded in 1998. It operates from its headquarters in Agoura Hills, California and supports over 12,000 visitor based venues such as hotels, apartments and other MDUs, restaurants, cafes and retail stores, schools and business campuses, conference centers, stadiums, airports, train stations, etc., with its proprietary Internet Access Gateway servers. Nomadix supplies the hardware and software technologies that visitor based network venues use to provide world class Internet experience for their customers, facilitating quick and seamless wired and wireless access, customizing the guest access experience, managing guest-device authentication, bandwidth allocation, improving throughput, creating PMS interfaces, supporting public IP and VPN traffic, and providing revenue generating opportunities to the venue operators, etc.  Nomadix employs 38 people and sells its solutions through a global network of over 600 resellers.

Nomadix's innovative products and solutions are protected by a large global patent portfolio spanning key countries in the Americas, Europe and Asia.

The above information was obtained from Nomadix management.

**Exhibit C: Description of Intercompany Claims:**

Debtor interTouch Holdings LLC has two wholly owned subsidiaries which constitute Controlled Non-Debtor Entities, Nomadix, Inc., a Delaware corporation with its principal offices in Agoura Hills, California, and interTouch Pte. Ltd., a Singapore corporation having its principal offices in Singapore.

While each of the Controlled Non-Debtor Entities have provided funds to the Debtor, neither Controlled Non-Debtor Entity currently has loaned funds to the other Controlled Non-Debtor Entity.

In the ordinary course of its business, Nomadix, Inc. sells products, licenses software and provides related services to interTouch Pte. Ltd.  At the present time, interTouch Pte. Ltd. owes Nomadix the sum of $5,467.74, which claim is not contingent, unliquidated or disputed.

In the ordinary course of its business, interTouch Pte. Ltd. provides certain services for telephone support help desk and internal systems development to Nomadix, Inc.  At present time, Nomadix, Inc. owes interTouch Pte Ltd the sum of $6,523.00, which claim is noncontingent, unliquidated or disputed.


This information was provided by Nomadix, Inc. and interTouch Pte. Ltd.




**Exhibit D:  Allocation of Tax Liabilities and Assets**

There are no existing tax allocation agreements among the debtor and non-debtor entities.  As a result, each entity has retained its own tax attributes.




**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor.**

Since the filing of the petitions, no Non-Debtor Entity has paid Administrative Expenses or Professional Fees that otherwise would have been payable by a Debtor.