**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERTOUCH TOPCO LLC, *et al.*, | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered<br>**Re:  Docket No. 4** |

**CERTIFICATION OF COUNSEL SUBMITTING PROPOSED ORDER**
**DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO**
**SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE**

The undersigned counsel to Gate Worldwide Holdings LLC ("GWH") in the chapter 11 cases of the above-captioned debtors ("Debtors") hereby certifies that:

1.       At the hearing today, January 10, 2019, the Court granted *Gate Worldwide Holdings LLC's Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to § 1112(b) and/or Abstain for Hearing Debtors' Chapter 11 Cases Pursuant to § 305(a) of the Bankruptcy Code* [D.I. 4] (the "Motion to Dismiss").

2.       At the conclusion of the hearing, counsel for GWH provided the Court with a proposed form of order granting the Motion to Dismiss (the "Proposed Order").  The Court directed the parties to confer regarding the Proposed Order.

3.       The parties have conferred, and the Debtors object to the waiver of the stay, contained in the penultimate paragraph of the Proposed Order, which provides, "notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry."  For the reasons stated in GWH's pleadings and stated on the record at the hearing

today, GWH believes that this provision in the Proposed Order is appropriate and justified in these cases.

4.      Accordingly, GWH respectfully requests that the Court enter the Proposed Order, attached hereto as **Exhibit "1."**  The Proposed Order is identical to the proposed order attached to GWH's Motion, and is identical to the proposed order handed to the Court at the hearing today.

5.      GWH is available for a telephonic conference with the Court, but does not believe that such a conference is necessary.

Dated:  January 10, 2019                SAUL EWING ARNSTEIN & LEHR LLP


                                        */s/ Lucian B. Murley*
                                        Lucian B. Murley (DE Bar No. 4892)
                                        1201 North Market Street, Suite 2300
                                        P.O. Box 1266
                                        Wilmington, DE  19899
                                        Telephone: (302) 421-6898
                                        Facsimile: (302) 421-5864
                                        luke.murley@saul.com

                                        -and

                                        Joseph L. Clasen
                                        Patrick M. Birney
                                        Ian T. Clarke-Fisher
                                        Andrew A. DePeau
                                        **ROBINSON & COLE LLP**
                                        666 Third Avenue
                                        New York, New York 10017
                                        Telephone:  (212) 451-2900
                                        jclasen@rc.com
                                        iclarke-fisher@rc.com

                                        *Counsel for Gate Worldwide Holdings LLC*