**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERTOUCH TOPCO LLC, *et al.*, | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

### CERTIFICATE OF SERVICE

I, Lucian B. Murley, hereby certify that on January 10, 2019, I caused a copy of the foregoing **Certification of Counsel Submitting Proposed Order Dismissing the Debtors' Chapter 11 Cases Pursuant to Sections 1112(b) and 305(a) of the Bankruptcy Code** to be filed electronically with the Court and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case who consented to electronic service and via Electronic Mail on the below parties.

| | |
|---|---|
| Julia B. Klein, Esquire | Jaclyn Weissgerber, Esquire |
| Klein LLC | Office of the United States Trustee |
| 919 North Market Street, Suite 600 | J. Caleb Boggs Federal Building |
| Wilmington, DE 19801 | 844 King Street, Suite 2313 |
| | Lockbox 35 |
| | Wilmington, DE 19801 |

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
1201 N. Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19899
(302) 421-6898

Dated: January 10, 2019

24843726.1 01/10/2019