# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

**CERTIFICATION OF COUNSEL SUBMITTING COUNTER PROPOSED ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE**

The undersigned counsel to the above-captioned Debtors hereby certifies that:

1. At the hearing today, January 10, 2019, the Court granted Gate Worldwide Holdings LLC ("Gate")'s Emergency Motion to Dismiss the Debtors' Chapter 11 Cases Pursuant to § 1112(b) and/or Abstain for Hearing Debtors' Chapter 11 Cases Pursuant to § 305(a) of the Bankruptcy Code [D.I. 4] (the "Motion to Dismiss").

2. At the conclusion of the hearing, counsel for GWH provided the Court with a proposed form of order granting the Motion to Dismiss (the "Proposed Order"). The Court directed the parties to confer regarding the Proposed Order.

3. The parties have conferred, and the Debtors object to the waiver of the stay, contained in the penultimate paragraph of the Proposed Order, which provides, "notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry." The Debtors submit that a waiver of the 14-day stay is an extraordinary remedy

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

not warranted under the circumstances because Gate has not identified any exigency for any such waiver and also iswholly unnecessary, given that the New York Court adjourned a previously scheduled conference in the New York Action until January 29, 2019 at 9:30 am.

4. Accordingly, the Debtors respectfully request that the Court strike the following language from the Proposed Order: "notwithstanding any possible application of Federal Rules of Bankruptcy Procedure 6006(d), 7062, 9014 or otherwise, the terms and conditions of this Order shall be effective immediately and enforceable upon its entry" (the "<u>Counter Proposed Order</u>"). A copy of the Counter Proposed Order is attached hereto.

Respectfully submitted,

Dated: January 10, 2019
      Wilmington, Delaware

KLEIN LLC

<u>/s/ Julia B. Klein</u>
Julia B. Klein (Bar No. 5198)
919 North Market Street
Suite 600
Wilmington, Delaware 19801
Phone: (302) 438-0456
klein@kleinllc.com

*Proposed Counsel for the Debtors
and Debtors in Possession*