# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| interTouch Topco LLC, *et al.*,[1] | Case No. 18-12773 (BLS) |
| Debtors. | Jointly Administered |

### ORDER DISMISSING THE DEBTORS' CHAPTER 11 CASES PURSUANT TO SECTIONS 1112(b) AND 305(a) OF THE BANKRUPTCY CODE

Upon consideration of the motion (the "Motion to Dismiss") of Gate Worldwide Holdings LLC seeking entry of an order pursuant to sections 105, 349(a), 1112(b) and/or 305(a) of title 11 of the United States Code, 11 U.S.C. § 101-1532 (the "Bankruptcy Code") dismissing the Chapter 11 cases of interTouch Topco LLC ("Topco") and interTouch Holdings LLC ("interTouch") with prejudice and all pleadings and evidence related thereto; and the Court having jurisdiction over the Motion pursuant to sections 157 and 1334 of title 28 of the United States Code; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtors' estates, its creditor(s), and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is GRANTED in its entirety; and it is further

ORDERED that the above-captioned chapter 11 cases of the Debtors are DISMISSED

---

[1] The Debtors in these chapter 11 cases, and the last four digits of their U.S. taxpayer identification numbers are: interTouch Holdings LLC (2091) and interTouch Topco LLC (6381). The Debtors' headquarters is located at 480 Olde Worthington Road, Suite 350, Westville, OH 43082.

WITH PREJUDICE against the Debtors from filing another case under any chapter of the Bankruptcy Code for a period of six months from the date of this Order without first obtaining leave from this Court to file a new bankruptcy case on notice to Gate Worldwide Holdings LLC; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine any motion for sanctions as well as all matters arising from the implementation of this Order.

Dated: January ___, 2019
       Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge