# SIGN-IN SHEET

**Case Name:** interTouch Topco LLC.
**Case No.:** 18-12773

**Courtroom No.1 - Judge Shannon**
**Date:** January 10, 2019

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Claser | Robinson + Cole LLP | Gate Worldwide Holdings LLC |
| Patrick Birney | " | " |
| Jos Clarke-Fisher | " | " |
| Lucien Marks | Saul Ewing Arnstein + Lehr LLP | " |
| Julia Blew | Klehr LLC | Debtors |

# Court Conference

**Calendar Date:** 01/10/2019
**Calendar Time:** 10:30 AM ET

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

#1

*Amended Calendar  Jan 10 2019  5:58AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | interTouch Holdings LLC | 18-12772 | Hearing | 9530868 | Vikas Tandon | (310) 286-2929 ext. | JMB Capital | Interested Party, Vikas Tandon / LISTEN ONLY |
| | | interTouch Holdings LLC | 18-12773 | Hearing | 9538995 | Jack Brannelly | (212) 451-2900 ext. | Gate Worldwide Holdings | Creditor, Gate Worldwide Holdings / LIVE |