# Notice Recipients

District/Off: 0311−1   User: Lesa   Date Created: 1/10/2019
Case: 18−12773−BLS   Form ID: pdfodc   Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
12985613   CMS Cameron McKenna Nabarro Olswang LLPAttn Helen
12985756   CMS Cameron McKenna Nabarro Olswang LLPAttn Helen

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust   U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
aty   Ian T. Clarke−Fisher   Iclarke−fisher@rc.com
aty   Jaclyn Weissgerber   Jaclyn.Weissgerber@usdoj.gov
aty   Julia Bettina Klein   klein@kleinllc.com
aty   Lucian Borders Murley   luke.murley@saul.com

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         interTouch Topco LLC    480 Olde Worthington Road    Suite 350    Westerville, OH 43082
aty        Joseph L. Clasen    666 Third Avenue    New York, NY 10017
aty        Patrick M. Birney    666 Third Avenue    New York, NY 10017
13072814   Buchalter, A Professional Corporation    Attn: Pamela Kohlman Webster    1000 Wilshire Blvd., Suite 1500    Los Angeles, CA 90017
12985761   Buchhalter    A Professional Corporation    Attn Jefferey Ekbom    16435 N Scottsdale Road    Suite 440    Scottsdale AZ 85254
12985760   CMS Cameron McKenna Nabarro Olswang LLP    Attn Helen Johnson    Cannon Place    78 Cannon Street    London EC4N 6AF    United Kingdom
12985790   CMS Derks Star Busmann NV    Attn Eduard Sxheenstra    Atrium−Parnassusweg 737    1077 DG Amsterdam    Netherlands
12985789   Corporation Service Company    Attn Morgan Dalley    251 Little Falls Drive    Wilmington DE 19808
12985717   Delaware State Treasury    820 Silver Lake Blvd., Suite 100    Dover, DE 19904
12985787   Fenwick & west LLP    Attn David Forst    801 California Street    Mountain View C 94041
12985791   Ganger Shore Leeds & Zauderer LLP    360 Lexington Avenue    New York NY 10017
12986420   Gate Worldwide Holdings LLC    c/o Robinson & Cole LLP    Attn: Joseph L Clasen    666 Third Ave    New York NY 10017
12985716   Internal Revenue Service    P. O. Box 7346    Philadelphia, PA 19101−7346
12985788   Landis Rath & Cobb LLP    Attn Richard Cobb    919 Market Street Suite 1800    Wilmington DE 19801
12985779   Morris Nichols Arsht & Tunnel LLP    Attn Patricia Vella    1201 N Market Street    Wilmington DE 19801
12985794   Nomadix, Inc    30851 Augoura Hills Road    Suite 102    Augoura Hills CA 91301
12985781   Rajah & Tann Singapore LLP    Attn Nigel Pereira    9 Battery Road #25−01    Singapore 049910
12985718   Secretary of State    Division of Corporations    Franchise Tax    P.O. Box 898    Dover, DE 19903
12985714   Securities & Exchange Commission    100 F Street, NE    Washington, DC 20549
12985715   Securities & Exchange Commission    New York Regional Office    Attn: Andrew Calamari, Regional Director    Brookfield Place    200 Vesey Street, Suite 400    New York, NY 10281−1022
12985782   Sklar Williams PLLC Law Offices    Attn Bryan M Williams    410 South Rampart Blvd    Suite 350    Las Vegas NV 89145
12985796   St Holdings LLC    450 Olde Worthington Road    Suite 350    Westerville OH 43082
12985780   Tonkton Torp LLP    Attn Mark LeRoux    888 SW 5th Avenue Ste 1600    Portland OR 97204
12985792   Weil, Gotshal & Manges LLP    Attn Gary Holtzer    767 Fifth Avenue    New York NY 10153
12985795   interTouch (USA) Inc    30851 Augoura Hills Road    Suite 102    Augoura Hills CA 91301
12985793   interTouch Pte Ltd    Attn Toni Weber    30A Kallang Place #12−06    Singapore 339203

TOTAL: 26